FILED
2020 Oct-13 PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **NEW YORK LIFE INSURANCE COMPANY,**      **Plaintiff,**  vs.  **SHANNAN ROBERTS, PATRICIA ROBERTS, and LEE ANN ROBERTS**      **Defendants.** | Case No.: 5:20-cv-01299-LCB |

### MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) F.R.C.P. FOR LACK OF JURISDICTION

COMES now, Defendants **PATRICIA ROBERTS & LEE ANN ROBERTS**, and move this Honorable Court to dismiss the above styled cause pursuant to Rule 12(b)(1) F.R.C.P. and in support thereof provide the following:

1. The only claim which Defendant, Shannan Roberts, has to the insurance proceeds set out in the Amended Complaint is based on a Temporary Restraining Order entered by the Circuit Court of Madison County, Alabama and said Temporary Restraining Order is now a nullity and is unenforceable, depriving this Honorable Court of subject matter jurisdiction;

DATED this the 13th day of October, 2020.

*/s/ R. David McDowell*
R. David McDowell (MCD023)
Attorney for Patricia Roberts & Lee Ann Roberts
401 Holmes Ave., NE Suite D
Huntsville, Alabama 35801
(256) 564-7474
E: rdavidmcdowell@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:Felicia A. Long, Counsel for Plaintiff, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Shannan Roberts, 1400 Sierra Blvd. SE, Huntsville, AL 35801.

*/s/ R. David McDowell*
R. David McDowell (MCD023)
Attorney for Patricia Roberts & Lee Ann Roberts
401 Holmes Ave., NE Suite D
Huntsville, Alabama 35801
(256) 564-7474
E: rdavidmcdowell@gmail.com