FILED

2021 Feb-15  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **NEW YORK LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 5:20-cv-01299-LCB** |
| | ) | |
| **SHANNAN ROBERTS, PATRICIA ROBERTS, and LEE ANN ROBERTS,** | ) | **Opposed** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **SHANNAN ROBERTS,** | ) | |
| | ) | |
| **Counter-Plaintiff/Third-Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WILLIAM A. BEE and BEE INSURED BENEFITS GROUP, L.L.C.,** | ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

---

## THIRD-PARTY DEFENDANTS'
## MOTION TO DISMISS THIRD-PARTY COMPLAINT

---

Third-Party Defendants William A. Bee ("Bee") and Bee Insured Benefits

Group, L.L.C. ("Bee Insured"), pursuant to *Federal Rules of Civil Procedure*, Rule

12(b)(1), respectfully move this Court to dismiss the Third-Party Complaint filed by Shannan Roberts, and in support thereof state as follows:

1.      Counsel for Plaintiffs and Defendants discussed this Motion via telephone prior to filing.  Counsel for Shannan Roberts cannot agree that the Motion is due to be granted and plans to brief all issues.

2.      Shannan Roberts' Third-Party Complaint against Bee and Bee Insured is predicated solely on the alleged violation of an interlocutory order that was entered in her divorce proceedings with William Roberts – proceedings to which Bee and Bee Insured were not parties. The interlocutory order dissolved and became a nullity when William Roberts passed away and the divorce action abated. As a result, the interlocutory order can no longer be enforced, and the Court lacks subject-matter jurisdiction over this action. The Third-Party Complaint should therefore be dismissed.

3.      In support of this Motion, Third-Party Defendants adopt and incorporate by reference the Brief in Support of their Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Third-Party Defendants respectfully request this Court dismiss the Third-Party Complaint pursuant to Rule 12(b)(1) of the *Federal Rules of Civil Procedure*.

Dated: February 15, 2021

Respectfully submitted,

BY: *s/ Colin T. Dean*
        Mickey B. Wright (ASB-6157-I71W)
        Colin T. Dean (ASB-3995-C24D)
        ***Attorneys for Third-Party Defendants***
        ***William A. Bee and Bee Insured***
        ***Benefits Group, L.L.C.***

**<u>OF COUNSEL:</u>**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
880 Montclair Road, Suite 100
Birmingham, AL 35213
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
mwright@lgwmlaw.com
cdean@lgwmlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on this 15th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/CEF system, which will send notification to the following via electronic mail:

| | |
|---|---|
| Felicia A. Long | Will League |
| Hill, Hill, Carter, Franco, Cole & Black, P.C. | W. Heath Brooks |
| | Siniard, Timberlake & League, P.C. |
| Post Office Box 116 | Post Office Box 2767 |
| Montgomery, AL  36101-0116 | Huntsville, AL  35804 |
| *Attorney for New York Life Insurance Company* | *Attorneys for Shannan Roberts* |

R. David McDowell, Esq.
401 Holmes Avenue, NE
Suite D
Huntsville, AL  35801
*Attorney for Patricia Roberts & Lee Ann Roberts*

                          *s/ Colin T. Dean*
                          OF COUNSEL

## IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **NEW YORK LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 5:20-cv-01299-LCB** |
| | ) | |
| **SHANNAN ROBERTS, PATRICIA ROBERTS, and LEE ANN ROBERTS,** | ) ) ) | **Opposed** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **SHANNAN ROBERTS,** | ) | |
| | ) | |
| **Counter-Plaintiff/Third-Party Plaintiff,** | ) ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WILLIAM A. BEE and BEE INSURED BENEFITS GROUP, L.L.C.,** | ) ) ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

---

## THIRD-PARTY DEFENDANTS' BRIEF IN SUPPORT OF
## MOTION TO DISMISS THIRD-PARTY COMPLAINT

---

Third-Party Defendants William A. Bee ("Bee") and Bee Insured Benefits

Group, L.L.C. ("Bee Insured") respectfully submit this Brief in Support of their

Motion to Dismiss the Third-Party Complaint filed by Shannan Roberts ("Shannan").

## I.   INTRODUCTION

This is a family dispute over entitlement to certain life insurance proceeds payable under multiple New York Life Insurance Company policies insuring the life of William Roberts ("William"), deceased. Shannan was William's wife at the time of his death, although they were involved in ongoing divorce proceedings. Patricia Roberts ("Patricia") and Lee Ann Roberts ("Lee Ann") are William's adult children from a prior marriage. Shannan, Patricia, and Lee Ann all claim to be entitled to the proceeds from William's life insurance policies, and because of these competing claims, New York Life initiated the present action to interplead the funds into the Court.

Bee was William's insurance agent and assisted in procuring and then servicing the life insurance policies at issue here. During his life, William submitted a change of beneficiary request on two of his life insurance policies, changing the primary beneficiary from Shannan to Patricia and Lee Ann. He also requested and received 100% of the available accelerated benefits on a third policy from New York Life. Shannan contends that these actions violated a standing pendente lite order that had been entered in her then-pending divorce action with William, which prohibited Shannan and William from changing the beneficiaries

on or otherwise altering the cash value of any existing life insurance policies. She further claims that Bee knew of the standing pendente lite order but still allowed William to submit the change of beneficiary and accelerated benefits forms to NY Life. Thus, according to Shannan, Bee and Bee Insured are liable to her for a litany of purported third-party claims, including negligence, wantonness, and breach of fiduciary duty.

Shannan's claims, however, are due to be dismissed. The Third-Party Complaint is premised on the alleged breach of an interlocutory order that dissolved and became a nullity when William died and the divorce action abated. Because a nullity cannot be enforced, the Court lacks subject-matter jurisdiction over this action, and the Third-Party Complaint should be dismissed.

## II.   RELEVANT FACTS[1]

1.      Shannan and William were married on January 4, 2010 in Huntsville, Alabama, and lived together as a married couple until August 31, 2018. (*See* Verified Complaint for Divorce, ¶ 2, attached hereto as Exhibit A[2]).

---

[1] Third-Party Defendants do not admit the truth of the factual allegations contained in the Third-Party Complaint but instead cite them solely for the purpose of their Motion to Dismiss and Brief in Support of the same.

[2] The Court may take judicial notice of state court records without converting Third-Party Defendants' Motion to Dismiss into a motion for summary judgment. *See Odion v. Google Inc.*, 628 F. App'x 635, 638 (11th Cir. 2015); *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1280 (11th Cir. 1999). Further, when assessing a factual attack on subject-matter jurisdiction, such as the one asserted here, "matters outside the pleadings, such as testimony and affidavits, are considered." *Scarfo v. Ginsberg*, 175 F.3d 957, 960 (11th Cir. 1999) (citing *Lawrence v. Dunbar*, 919 F.2d 1525, 1529 (11th Cir. 1990)).

2.    Patricia and Lee Ann are William's adult children and are not the children of William and Shannan's marriage. (*See id.* at ¶ 3).

3.    Shannan initiated divorce proceedings against William in the Circuit Court for Madison County, Alabama, on October 5, 2018 (the "Divorce Action"). (*See generally*, Exhibit A, Verified Complaint for Divorce).

4.    On the same day, the Standing Pendente Lite Order of the Circuit Judges of the 23rd Judicial Circuit was entered in the Divorce Action. (A copy of the Standing Pendente Lite Order is attached hereto as Exhibit B).

5.    That Order prohibited Shannan and William from changing the beneficiaries on or altering the current cash value of any life insurance policies then in effect. (*See id.* at ¶ 2).  This Order was not transmitted to any third parties. (*See* Exhibit B).

6.    On or about May 8, 2019, Shannan and William agreed on the terms of a settlement in the Divorce Action; however, because William was at that time involved in a bankruptcy action, the proposed agreement memorializing the parties' settlement had to be approved by the Bankruptcy Court. (*See* Third-Party Complaint, Doc. 18, ¶ 51).

7.    The settlement agreement was not submitted to the Bankruptcy Court for approval.  (A copy of the Docket Report from the Bankruptcy Action is attached hereto as Exhibit C).

4

8.      The settlement agreement was never approved by the court in the Divorce Action, nor was a final judgment entered adopting the agreement. (A copy of the Docket Report from the Divorce Action is attached hereto as Exhibit D).

9.      On February 19, 2020, William submitted a change of beneficiary request on two separate life insurance policies changing the primary beneficiary on both policies from Shannan to Patricia and Lee Ann, in equal parts. (*See* Third-Party Complaint, Doc. 18, ¶ 53).

10.     On February 27, 2020, William received 100% of the available accelerated benefits from New York Life on a separate life insurance policy, which designated Shannan as one of the primary beneficiaries. (*See id.* at ¶ 52).

11.     Shannan alleges that Bee had knowledge of the Standing Pendente Lite Order at the time William submitted the change of beneficiary and accelerated benefits forms. (*See id.* at ¶ 52-53).

12.     William passed away on June 6, 2020. *See* Suggestion of Death, attached hereto as Exhibit E. At that time, the divorce action was still pending. (*See* Exhibit D, Divorce Action Docket Report).

13.     The state court then dismissed the Divorce Action as moot on June 30, 2020. (A copy of the Order of Dismissal is attached hereto as Exhibit F).

3769117_1

### III.   LEGAL ARGUMENT

####    A.   The Court Lacks Subject-Matter Jurisdiction to Enforce the Standing Pendente Lite Order.

The threshold issue here is whether the Court has subject-matter jurisdiction over Shannan's claims against Bee and Bee Insured, as "[a] judgment is void 'if the court that rendered it lacked jurisdiction of the subject matter.'" *McTerry v. United States*, 2019 WL 5593305, at *1 (N.D. Ala. Oct. 30, 2019) (quoting *Burke v. Smith*, 252 F.3d 1260, 1263 (11th Cir. 2001)). The party invoking jurisdiction bears the burden of producing the facts necessary to establish subject-matter jurisdiction. *See Taylor v. Appleton,* 30 F.3d 1365, 1367 (11th Cir. 1994).

The Eleventh Circuit has recognized that "[a]ttacks on subject matter jurisdiction come in two forms: (1) facial attacks, and (2) factual attacks." *Scarfo*, 175 F.3d at 960 (citing *Lawrence*, 919 F.2d at 1529). "Facial attacks on a complaint 'require the court merely to look and see if the plaintiff has sufficiently alleged a basis of subject matter jurisdiction, and the allegations in the complaint are taken as true for the purposes of the motion.'" *Id.* In contrast, "factual attacks challenge 'the existence of subject matter jurisdiction in fact, irrespective of the pleadings[.]" *Id.* In a factual attack upon the court's subject-matter jurisdiction, "no presumptive truthfulness attaches to plaintiff's allegations, and the existence of disputed material facts will not preclude the trial court from evaluating for itself the merits of jurisdictional claims." *Lawrence,* 919 F.2d at 1529.

Here, Bee and Bee Insured challenge the existence of subject-matter jurisdiction itself rather than sufficiency of the jurisdictional allegations in the Third-Party Complaint. The subject-matter of this action is the Standing Pendente Lite Order entered in the Divorce Action, as each of Shannan's claims against Bee and Bee Insured is predicated upon a finding that Bee and Bee Insured somehow violated that Order. However, as a result of William's death and the resulting abatement of the Divorce Action, the Standing Pendente Lite Order became a nullity and can no longer be enforced. As such, the Court lacks subject-matter jurisdiction over this action, and the Third-Party Complaint must be dismissed.

1. The Divorce Action Abated Upon the Death of William.

"Alabama law is well settled that '[a] marriage is dissolved by the death of a party to the marriage, and a pending action for dissolution by divorce is necessarily terminated and absolutely abated.'" *Ex parte Thomas*, 54 So. 3d 356, 359 (Ala. 2010) (quoting *Jones v. Jones,* 517 So. 2d 606, 608 (Ala. 1987)). Thus, "[a]n action for divorce, alimony, attorney fees, and an equitable division of marital property in which there has not been a final judgment does not survive the death of a party." *Jones,* 517 So. 2d at 608.

2. The Standing Pendente Lite Order Dissolved Upon the Abatement of the Divorce Action.

Further, the Supreme Court of Alabama has "held that not only does a pending divorce action abate upon the death of a party to the marriage, but . . .

7

interlocutory orders by the divorce court dividing marital property also have no effect" when a party to the marriage dies during the pendency of the divorce action. *Ex parte Thomas*, 54 So. 3d at 359 (citing *Ex parte Parish,* 808 So. 2d 30, 33 (Ala. 2001); and *Jones,* 517 So. 2d at 608)).

This rule is not limited solely to interlocutory orders that divide marital property, as the Supreme Court of Alabama has also held that any "interlocutory order that 'affect[s] the property rights of the parties to a divorce action may not be enforced after the death of one of the parties due to the abatement of that action.'" *Id.* at 361 (quoting *Ex parte Riley*, 10 So. 3d 585, 588-89 (Ala. Civ. App. 2008)). This includes interlocutory orders prohibiting parties to a divorce from altering or disposing of existing life insurance policies.

*Ex parte Thomas*, 54 So. 3d 356 (Ala. 2010) is particularly instructive here. In *Thomas*, a husband purchased a 30-year term life insurance policy on himself while he was married to his wife and named the wife as the primary beneficiary on the policy. *Id.* at 357. The husband subsequently filed for divorce, and the state court entered a temporary restraining order prohibiting the parties from removing or disposing of any marital assets. *Id.* While the divorce action was pending and the TRO remained in effect, the husband changed the beneficiary on his life insurance policy from his wife to his brother. *Id.* Several months later, with the

8

divorce action still pending, the husband died. *Id.* The brother then filed a claim on the life insurance policy, and the insurance company paid him the proceeds. *Id.*

The wife filed suit against the brother seeking a declaratory judgment that she was the proper beneficiary under the life insurance policy and also requesting that a constructive trust be established for her benefit on the proceeds from the policy. *Ex parte Thomas*, 54 So.3d at 357. The wife argued that she was entitled to the proceeds of the insurance policy because the policy was a marital asset and the husband had been enjoined from altering or removing it from the martial estate by the TRO. *Id.*

The trial court held a bench trial and ruled in favor of the brother finding that the life insurance policy was not a marital asset, and thus, the husband did not violate the TRO. *Id.* The wife appealed, and the Alabama Court of Civil Appeals affirmed the judgment. *Id.* at 358. The wife then appealed to the Supreme Court of Alabama, who vacated the judgments of the lower courts; however, not on the merits. *Id.* at 362.

Instead, the Supreme Court of Alabama held that the trial court lacked subject-matter jurisdiction and therefore the trial court judgment and the affirmation of the same by the Alabama Court of Civil Appeals were void. *Id.* Specifically, the Supreme Court of Alabama held that

> upon the husband's death and the subsequent abatement of the divorce action in the family court, the TRO

9

> became a nullity, ***which could no longer be enforced***.
> Because the subject matter of this action is an alleged
> violation of a nullity (the TRO), the trial court lacked
> subject-matter jurisdiction over this action; therefore, the
> judgment of the trial court is void.

*Id.* at 361-62 (internal citations and quotations omitted) (emphasis added).

3. <u>The Standing Pendente Lite Order is a Nullity and Cannot be Enforced.</u>

The same is true here. The state court entered the Standing Pendente Lite Order, an interlocutory order, at the outset of the Divorce Action. (*See* Exhibit B, Standing Pendente Lite Order). It prohibited Shannan and William from changing the beneficiaries on or altering the current cash value of any life insurance policies then in effect. (*See id.* at ¶ 2). In February 2020, while the Divorce Action was still pending, William changed the primary beneficiary on two of his life insurance policies from Shannan to Patricia and Lee Ann and also obtained 100% of the available accelerated benefits on a third life insurance policy. (*See* Third-Party Complaint, Doc. 18, ¶ 52-53). William then passed away in June 2020 while the Divorce Action was still pending. (*See* Exhibit D, Docket Report from the Divorce Action, and Exhibit E, Suggestion of Death.) As a result, the state court dismissed the Divorce Action without entering a final judgment of divorce. (*See* Exhibit F, Order of Dismissal).

When William passed away, the Divorce Action automatically abated. *See Ex parte Thomas*, 54 So. 3d at 359. By extension, once the Divorce Action abated

and was dismissed without a final judgment of divorce, the Standing Pendente Lite Order became a nullity and could no longer be enforced. *Id.* at 361. Each of Shannan's claims against Bee and Bee Insured is predicated solely on the assumption that Bee and Bee Insured knowingly violated the Standing Pendente Lite Order; however, as was the case in *Ex parte Thomas*, because the subject-matter of the Third-Party Complaint is the alleged violation of a nullity (the Standing Pendente Lite Order), the Court does not have subject-matter jurisdiction over the third-party claims. *Id.* at 361-62. As a result, Shannan's Third-Party Complaint is due to be dismissed.

## IV.   CONCLUSION

Because Shannan Roberts' third-party claims are all based on the alleged violation of an interlocutory order that was rendered a nullity upon the dismissal of the Divorce Action and is therefore no longer enforceable, the Court lacks subject-matter jurisdiction over this action, and the Third-Party Complaint should be dismissed in its entirety as against Bee and Bee Insured.

Dated: February 15, 2021

Respectfully submitted,

BY: *s/ Colin T. Dean*
Mickey B. Wright (ASB-6157-I71W)
Colin T. Dean (ASB-3995-C24D)
***Attorneys for Third-Party Defendants***
***William A. Bee and Bee Insured***
***Benefits Group, L.L.C.***

11

**OF COUNSEL:**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
880 Montclair Road, Suite 100
Birmingham, AL 35213
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
mwright@lgwmlaw.com
cdean@lgwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/CEF system, which will send notification to the following via electronic mail:

Felicia A. Long
Hill, Hill, Carter, Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, AL  36101-0116
*Attorney for New York Life Insurance Company*

Will League
W. Heath Brooks
Siniard, Timberlake & League, P.C.
Post Office Box 2767
Huntsville, AL  35804
*Attorneys for Shannan Roberts*

R. David McDowell, Esq.
401 Holmes Avenue, NE
Suite D
Huntsville, AL  35801
*Attorney for Patricia Roberts & Lee Ann Roberts*

*s/ Colin T. Dean*
OF COUNSEL

# EXHIBIT A

ELECTRONICALLY FILED
10/5/2018 4:15 PM
47-DR-2018-900823.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT FOR MADISON COUNT~~.,~~
## DOMESTIC RELATIONS COURT DIVISION

| | |
|---|---|
| ROBERTS, SHANNAN, | ) |
| | ) |
| **PLAINTIFF,** | ) **Civil Action No.** |
| | ) |
| VS. | ) **DR2018-** |
| | ) |
| ROBERTS, WILLIAM B., | ) *Pendente Lite* **Relief requested** |
| | ) |
| DEFENDANT. | ) |

## VERIFIED COMPLAINT FOR DIVORCE, REQUEST FOR ENTRANCE OF THE STANDING *PENDENTE LITE* ORDER

**COMES NOW** the Plaintiff, **Shannan Roberts**, and brings this Complaint for Divorce *a vinculo matrimonii* against the Defendant, **William B. Roberts**, and as grounds therefore, shows unto the Court as follows:

1. The Plaintiff and Defendant are each over the age of nineteen (19) years, of sound mind and are both *bona fide* resident citizens of Madison County, Alabama, and have been such for more than six (6) months next preceding the filing of this complaint.

2. The Plaintiff and Defendant were married to each other on January 4th, 2010 in Huntsville, Madison County, Alabama, and lived together as Husband and Wife until August 31st, 2018 when the parties separated.

3. There have not been any children born to the parties as a result of the marriage and the Wife is not pregnant.

4. The Plaintiff asserts that there exists such a complete incompatibility of temperament between the Plaintiff and the Defendant in that the parties can no longer live together under circumstances now existing and prevailing, and such incompatibility is irremediable and irreconcilable. The Plaintiff avers that there has been an irretrievable breakdown of the marriage and that further attempts at reconciliation are impractical and not in the best interests of the parties.

5. The Plaintiff and Defendant have acquired during their marriage to each other the following:

       (a)   House and land located at 2115 Big Cove Road, Huntsville, Alabama 35801;

       (b)   Business entities and other business interests;

       (c)   Automobiles;

       (d)   Miscellaneous household goods, furniture and furnishings;

       (e)   Miscellaneous financial assets and liabilities;

The Plaintiff seeks an equitable division of such assets and liabilities.

6. The Plaintiff is concerned about the Defendant's reaction when he learns that this action for divorce has been filed. The Plaintiff is in need of an Order of the Court ordering and directing that the Defendant be enjoined and restrained from doing any deed or act, from engaging in any activity that would assault, threaten, intimidate or harass her, and from entering upon or phoning her place of employment or residence, *pendente lite.*

7. The Defendant is able-bodied, earns a good living and is well able to provide towards the support and maintenance of the Plaintiff. The Plaintiff does not have an income sufficient of meeting her normal monthly living expenses. Further, the Plaintiff is in need of an order requiring the Defendant to continue to pay his pro rata share of the usual and regular monthly household expenses, debt payments, and the like during the pendency of this action.

8. The Plaintiff is unable to pay the fees of her attorney, Kristina Jill Sexton, for the services to be rendered by her in this cause. The Defendant is well able to pay and should be ordered to pay the fees of her attorney as will be incurred in this case.

9. The Plaintiff is in need of an Order of this Court restraining both parties from in any way concealing, encumbering, pledging, destroying, removing, transferring or otherwise dissipating any assets in which the parties own any interest, whether held individually or jointly, *pendente lite.*

10. The Plaintiff has attached a copy of the Standing *Pendente Lite* Order as Exhibit "A", to be served with the Complaint in this matter, and requests that this Honorable Court enter its Standing *Pendente Lite* Order in this matter, *pendente lite.*

11. The Plaintiff is in need of an Order of this Court setting a time and place for a hearing to consider the prayer of the Plaintiff to determine a proper and reasonable amount to be paid for the support and maintenance of the Plaintiff a *pendente lite*; to determine a proper and reasonable amount to be paid by the Defendant to the Plaintiff towards the Plaintiff's monthly expenses, *pendente lite*; and to further determine a proper and reasonable amount to be paid by the Defendant for the fees of the Plaintiff's attorney, *pendente lite*.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that all needful process of this Court issue to the said Defendant, **William B. Roberts**; that he be made a party defendant hereto; that he be required to serve an answer upon Kristina Jill Sexton, attorney for the Plaintiff within thirty (30) days of the date of service or suffer a default judgment to be taken against him; that the Court will set a time and place for a hearing to determine and grant unto the Plaintiff that the Court will determine a proper and reasonable amount to be paid to the Plaintiff by the Defendant for the support and maintenance of the Plaintiff, *pendente lite*; and to determine a proper and reasonable amount to be paid to the Plaintiff by the Defendant towards the Plaintiff's monthly expenses, *pendente lite*; that the Defendant be enjoined and restrained from doing any deed or act, from engaging in any activity that would assault, threaten, intimidate or harass the Plaintiff, and from entering upon or phoning her residence, *pendente lite*; that this Honorable Court will issue an Order ordering and directing that the Plaintiff and Defendant be restrained from in any way concealing, destroying, pledging, encumbering, removing, transferring or otherwise dissipating any assets presently held or owned by the parties, either individually or jointly, *pendente lite*; and that upon a final hearing of this cause, this Honorable Court will:

A. Enter a Final Decree of Divorce *a vinculo matrimonii* forever dissolving the bonds of matrimony as exist between Plaintiff and Defendant;

B. Equitably divide between the parties the assets and liabilities accumulated by them during their marriage;

C. Award to the Plaintiff periodic and/or rehabilitative alimony to be paid by the Defendant at such times and in such amount in consideration of the Plaintiff's needs and accustomed standard of living and due to the Plaintiff's history of unemployment during the time of the marriage;

D. Award to the Plaintiff the attorney's fees incurred by her in this case, to be paid by the Defendant in such amount as determined by the Court to be reasonable, entering a judgment for the same and defining the terms and conditions of satisfaction of said judgment by the Defendant.

E. Enter such other orders and decrees as may be reasonable and proper in this action.

Respectfully submitted this the ___4___ day of October, 2018.

_____
**Shannan Roberts, Plaintiff**

**STATE OF ALABAMA    )**
**COUNTY OF MADISON )**

## VERIFICATION

Before me, the undersigned authority, a Notary Public in and for said County and State, personally appeared, **Shannan Roberts**, who is known to me, and who having been first duly sworn, deposes and says that the allegations and averments contained in the foregoing Complaint for Divorce are true and correct to the best of her knowledge, information and belief.

**SWORN TO AND SUBSCRIBED** before me on this the ___4th___ day of October _____, 2018.

_____
**NOTARY PUBLIC**
My Commission Expires: 11/06/2022
Macon County, North Carolina

**NXTSTEP FAMILY LAW, PC**

_____
**KRISTINA JILL SEXTON (SEX008)**
Attorney for Plaintiff
NXTSTEP Family Law, P.C.
401 Pratt Ave. NW
Huntsville, AL 35801
(256) 534-8799

# EXHIBIT B

ELECTRONICALLY FILED
10/5/2018 4:15 PM
47-DR-2018-900823.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

# STANDING *PENDENTE LITE* ORI
## Of the Twenty-Third Judicial Circ

The following *pendente lite* order is entered pursuant to the Standing Order of the Circuit Judges of the 23rd Judicial Circuit, and shall be binding on both parties during the pendency of the action, pending further orders of the Court. FAILURE TO ABIDE BY THESE PROVISIONS WILL SUBJECT THE DEFAULTING PARTY TO PENALTIES FOR CONTEMPT OF COURT. Accordingly, with reference to the case noted above, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Injunction Against Harassment: Both parties are restrained and enjoined from contacting or going about one another at their respective residences or places of employment, or elsewhere, for the purpose of harassing, threatening, intimidating, or assaulting the other, directly or indirectly, in person or by means of telephone, computer, mail, or otherwise.

2. Preservation of Assets: The parties are ordered and directed to preserve, in their present form and location, all assets owned by them either jointly or individually, and are ordered *not* to sell, assign, transfer, conceal, remove from the jurisdiction of the Court, or in any manner dispose of, liquidate, conceal, encumber, dissipate or convert any assets of the parties, or change beneficiaries upon any life insurance policies, or alter any medical, hospitalization, or automobile insurance policies, or in any way alter the current cash value of any life insurance policy. However, this Order shall not prohibit the use of earned income to pay reasonable and lawful debts and living expenses of the parties, nor prohibit the use of physical assets in the same manner as the same had been used in the ordinary and customary activities of the parties prior to the filing of the action for divorce.

3. Payment of Monthly Expenses: The parties shall coordinate the payment of fixed monthly expenses, including but not limited to rent, mortgage payment, utilities, telephone, car loans, medical insurance, gas, food, and other necessary living expenses, so that the parties shall continue paying said expenses in the same manner as was the case prior to the filing of this action.

4. Negotiation of Other Conditions: The parties are encouraged to mutually agree, if possible, on any other reasonable terms and conditions which will maintain the parties' status quo, pending a final hearing; provided, however, that this Court expects any such agreement, *if contrary to the orders set forth above*, to be in writing, executed by both parties, and submitted to this Court for approval.

5. Showing Required for Evidentiary Hearing: In the event the foregoing standing *pendente lite* orders do not resolve all matters raised by a motion or petition filed in the referenced action, then the attorney for the moving party shall have the burden of petitioning this Court *in writing* for an evidentiary hearing, *and showing good cause (by affidavit or other proof) of the necessity for such hearing, pendente lite.*

**IF THE PARTIES HAVE MINOR CHILDREN,** the following additional conditions are entered *pendente lite* and shall be binding on both parties during the pendency of the action, pending further orders of the Court. FAILURE TO ABIDE BY THESE PROVISIONS WILL SUBJECT THE DEFAULTING PARTY TO PENALTIES FOR CONTEMPT OF COURT.

Accordingly, with reference to the case noted above, it is **ORDERED, ADJUDGED,**

**and DECREED** as follows:

6.  Minimization of Emotional Trauma on Child(ren): Neither party shall do or say anything to any minor child of the parties, or in a child's presence or hearing, to poison the child's mind, or to adversely influence a child about the other party, or about any issue presented in this action.

7.  Occupancy of Marital Residence: This Court strongly prefers that children continue to reside in the parties' marital/family residence during the pendency of this action. The Court's intent is for a child's life to be disrupted as little as possible, and for stability to be maintained in a child's life as much as possible.

8.  Payment of Child Support: In the event the parties are living separate and apart, the parties shall *immediately* compute and the party not residing with the child(ren) shall begin to pay child support in accordance with Rule 32 of the *Alabama Rules of Judicial Administration*, and continue to do so pending a final hearing or further orders of the Court.

9.  Payment of Child(ren)'s Expenses:  In the event the parties are residing in the same residence and no child support is being paid by one party to the other, the parties shall coordinate payment of the child(ren)'s expense including but not limited to food, clothes, school and extracurricular activity expenses, insurance, medical, and the parties shall continue paying said expenses in the same manner as was the case prior to the filing of this action.

10.  **CUSTODY SCHEDULE**

**a.  Parents are allowed to vary from the Court-ordered custody schedule by mutual agreement.  In fact, the Court hopes that parents will be flexible in dealings regarding a child.  However, if parents are not <u>both</u> in agreement, the following custody schedule is to be followed.  Failure to do so can subject a party to sanctions for contempt of Court.**

**b.**  Unless as otherwise set out herein, all visitation will be accomplished by the non-custodial parent picking up the child(ren) at the residence of the custodial parent or school if visitation begins at the end of the school day, or such other reasonable place as the parties may mutually agree at the times provided for each period of visitation. The custodial parent shall pick up the child(ren) at the end of the non-custodial parent's period of visitation at the residence of the non-custodial parent, school if the visitation period ends at the start of the school day, or such other reasonable place as the parties may mutually agree.

Both parties shall share their residential address with the other unless leave of court is sought. Visitation is NOT, however, to be interrupted while such request is pending and the exchange of the child(ren) shall occur at a place mutually agreed by the parties or equal distance from the parties residences, if an agreement cannot be reached.

**c.**  Visitation rights shall be allowed to the other parent in lieu of a child being cared for on an overnight basis by any person other than a parent, or the parent's spouse. However, a child spending occasional nights with a grandparent shall not be considered a violation of this provision.

**d.** *Weekends*

1st and 3rd weekends of each month, from 3:00 p.m. on Friday until 8:00 a.m. on the following Monday, when the non-custodial parent shall take the child(ren) to school, or day care, or return the child(ren) to the other parent, as the case may be.

5th Weekend: The 1st and 3rd 5th weekend of each calendar month, from 3:00 p.m. on Friday until 8:00 a.m. on the following Monday, when the non-custodial parent shall take the child(ren) to school, or daycare, or return the child(ren) to the other parent, as the case may be, with the custodial parent having the child(ren) on the 2nd and 4th 5th weekend of each calendar year.

The *first Friday of a new month is deemed by this Court to be the "first weekend" of that month. In the event that an "Other School Holiday" listed below falls on the following Monday and it is the visiting parent's year to exercise such holiday as provided in subparagraph (o) below, the weekend visit shall extend until 8:00 a.m. on Tuesday.*

**e.** *Weekdays*: Every Thursday of each week, or another day as mutually agreed by the parties, from 3:00 p.m. until 8:00 a.m. the next morning, when the non-custodial parent shall take the child(ren) to school, or day care, or return to the other parent, as the case may be.

**f.** *Spring Break from School*: From 3:00 p.m. on the last day of school in session (in the district which the child(ren) reside(s), even if the child(ren) is(are) not in school) until 6:00 p.m. on the day before school starts back at the end of Spring Break in *even*-numbered years, regardless of whether such conflicts with other provisions, with the custodial parent having the child in *odd*-numbered years.

**g.** *Summer*: For one-half of the child(ren)'s summer break from school, with the non-custodial parent having the child(ren) for the first half during *even*-numbered years, and the second half during *odd*-numbered years, and the custodial parent having the other half not awarded to the non-custodial parent herein. The parent who is not awarded that half of the summer break from school is awarded the weekend visitation described in subparagraph (d) above during the other parent's half of the summer break. In the event the parties cannot agree, summer break from school is from 8:00 a.m. on the Monday following the last day of school until 6:00 p.m. on the last Friday before school resumes.

**h.** *Easter Weekend*: From 3:00 p.m. on Friday of the weekend in which Easter Sunday falls until 8:00 a.m. on the Monday following in each *odd*-numbered year, regardless of whether such conflicts with other provisions, with the custodial parent having the child in *even*-numbered years.

**i.** *Thanksgiving Break from School*: From 3:00 p.m. on the last day of school before the Thanksgiving School Break until 6:00 p.m. on the Sunday following in each *odd*-numbered year, regardless of whether such conflicts with other provisions, with the custodial parent having the child in *even*-numbered years.

**j.** *Christmas Break from School*: In *even*-numbered years, from 9:00 a.m. on the day after the last day of school before the break until 6:00 p.m. on December 25th; *and*, in *odd*-numbered years, from 6:00 p.m. on December 25th until 6:00 p.m. on the day

before school starts back at the end of the break, regardless of whether such conflicts with other provisions, with the custodial parent having the child in *odd*-numbered years, from 9:00 a.m.

on the day after the last day of school before the break until 6:00 p.m. on December 25th; *and*, in *even*-numbered years, from 6:00 p.m. on December 25th until 6:00 p.m. on the day before school starts back at the end of the break, regardless of whether such conflicts with other provisions

**k.** ***Child's Birthday***: In *even*-numbered years, the non-custodial parent shall have visitation on the child's birthday along with the child's siblings, regardless of whether such conflicts with other provisions, with the custodial parent having the child and the child's siblings in *odd*-numbered years.

**l.** ***Father's Day Weekend***: The father shall have visitation from 3:00 p.m. on Friday of the weekend in which Father's Day falls until 8:00 a.m. on the Monday after Father's Day, regardless of whether such conflicts with other provisions.

**m.** ***Mother's Day Weekend***: The mother shall have visitation from 3:00 p.m. on Friday of the weekend in which Mother's Day falls until 8:00 a.m. on the Monday after Mother's Day, regardless of whether such conflicts with other provisions.

**n.** ***Parent's Birthday***: The parent shall have visitation on the parent's birthday with the child(ren), unless said birthday is on a holiday referenced herein, then the parent shall have visitation with the child(ren) on another day as agreed to by the parties.

**o.** ***Other Holidays***: The non-custodial parent shall have visitation from 8:00 a.m., or if the child(ren) is/are in school from 3:00 p.m., until 8:00 a.m. the next morning, when the non-custodial parent shall take the child(ren) to school, or day care, or return to the other parent, as the case may be, on the following holidays with the custodial parent to have the child(ren) on said holidays in the years opposite those years set out for the visiting parents:

**(1) Martin Luther King:** *Odd*-numbered years
**(2) National Memorial Day:** *Even*-numbered years
**(3) 4ᵗʰ of July:** *Odd*-numbered years
**(4) Labor Day:** *Even*-numbered years
**(5) Halloween:** *Even*-numbered years
**(6) Veteran's Day:** *Odd*-numbered years

**p.** ***Fall Break from School***: From 3:00 p.m. on the last day of school in session (in the district which the child(ren) reside(s), even if the child(ren) is(are) not in school) until 6:00 p.m. on the day before school starts back at the end of Fall Break in *even*-numbered years, regardless of whether such conflicts with other provisions, with the custodial parent having the child in *odd*-numbered years.

It is the Court's intent that each parent will have one of the school breaks, either Spring or Fall Break, each school year, and shall alternate which break is to be exercised each school year in the event the child(ren) attends school in a system in which both Spring and Fall Breaks are observed.

**q.** ***Time for Out-of-Town Vacation***: Notwithstanding the foregoing

schedule, both parents shall have the right to take the child(ren) out of town for a vacation for a period not to exceed ten (10) consecutive days during which time the other parent shall not have the visitation/joint custody time otherwise provided for above. No make-up time shall be provided for; provided, however, that the vacation period to be exercised by the custodial parent shall not be allowed during the non-custodial parent's Summer, School Break, Special Occasion, or Holiday periods of visitation. Likewise, the non-custodial parent's Out-of-Town Vacation period shall be scheduled during his or her exercised Summer period of visitation, and shall not be allowed during the custodial parent's School Break, Special Occasion, or Holiday periods with the child(ren). (School Break: Spring Vacation/Fall School Breaks (as specified above); Holidays: Christmas/Thanksgiving School Breaks/Easter Weekend/"Other School Holidays" (as specified above); Special Occasion: Child(ren)'s Birthday/Mother's Day Weekend/Father's Day Weekend/Parent's Birthday.)

*r.* ***Special Family Events***: Each parent shall have the child(ren) with him or her for special family events, such as weddings, funerals, and reunions, which pertain to members of the parents' immediate family (parents, grandparents, siblings and/or other children). Provided, however, that no such periods shall, without the other parent's prior consent, interfere with nor deprive a parent of his or her holiday, school break, special occasion, or out-of-town vacation periods with the child(ren). (School Break: Spring Vacation/Fall School Breaks (as specified above); Holidays: Christmas/Thanksgiving School Breaks/Easter Weekend/"Other School Holidays" (as specified above); Special Occasion: Child(ren)'s Birthday/Mother's Day Weekend/Father's Day Weekend/Parent's Birthday.)

The parent seeking to have the child(ren) with him or her for the special family event shall provide as much advance notice to the other parent as possible. When the event falls on a weeknight or weekend when the child(ren) would normally not be with the parent who wishes to take them to the special event, the parent shall attempt to agree to switch weeknights or weekends, as the case may be. If the parents cannot otherwise agree, the make-up time shall be the next following weeknight (if a weeknight is missed) or weekend (if weekend time is missed).

*s.* In the event the parent who does not reside with the child(ren) lives more than 150 miles from Madison County, Alabama, the Court's standard "150 Mile Visitation Schedule" shall apply.

## 11.   PARENTING CLAUSES

**a.** Both parties shall have reasonable telephone access to the minor children while they are in the physical control of the other parent. The minor children shall also have reasonable telephone access to both parties at reasonable times.

**b.** At all times hereafter, each parent shall keep the other informed of the respective business, cellular and home telephone numbers and their respective street address, mailing addresses and electronic mail address unless leave of court is granted. Both parties will make themselves available for direct communications with the other for the purposes of discussion pertaining to the minor children; provided, however, neither parent will harass or burden the other with excessive or abusive telephone calls, or any other such non-productive communication.

Further, both parents shall refrain from delegating their responsibility of communicating with the other parent to third parties, except in bona fide emergencies, and will at reasonable times and places make themselves available to communicate directly with the other parent pertaining to the needs and interest of the children. If agreed upon by both parents, electronic mail services such as "the Wizard" or "Google calendar" may be used to track communications and share appointments and events between parents.

**c.**   The parties shall promptly notify each other in the event of serious illness or injury of the minor children.

**d.**   Both parents shall encourage the minor children to love, respect and honor the other parent. Neither of them shall alienate or attempt to alienate or diminish the affection of the minor children for the other parent, or disparage or allow others to disparage the other parent to or in the presence of the minor children. The parties understand and agree that the designations of "father" and "mother", or similar designations, shall refer to each of them only and not to third parties.

**e.**   Neither parent shall schedule activities for the minor children which will preclude the other from having the minor children with him or her at the times and places set forth herein. In the event, however, that it is necessary to schedule activities that may be in conflict with visitation schedules, the parties shall jointly confer and make joint decisions concerning those activities. It shall be the sole responsibility of the parent who is either visiting or has physical custody of the minor children to transport them to those activities. The scheduling of activities shall not be utilized to deprive a noncustodial parent of visitation.

**f.**   Both parents shall have equal access to all information concerning the children, including but not limited to medical, dental, and hospital records, school records, report cards, recreational activity records, and other information concerning the minor child(ren). If information is available online, the custodial parent shall provide the non-custodial parent with the information necessary to establish a user name and password for school and extracurricular activities which use online communication as the means of communicating with the parent. In the event that only paper communication is available and duplicate notifications cannot be obtained through the school, should either parent receive a school calendar, parent-teacher conference notice, and/or the report card of the children, the parent receiving such shall provide the other parent with a copy thereof immediately. In event that a parent enrolls a child in a sporting or extracurricular activity, that parent shall provide the same information with regard to the other parent that the parent provides regarding himself or herself.

**g.**   The custodial parent shall see to it that the minor children are provided with a sufficient amount of clean clothes to be utilized by them during the noncustodial parent's visitation, and anything needed by the children for school and/or activities, including school books, uniforms, sporting equipment, etc. The non-custodial parent shall, likewise, see to it that all of said clothing and other materials are returned with the minor children after the visitation.

**h.**   Both parents agree that they shall discuss and consider the wishes of the other parent in all major decisions to be made regarding the minor children, including but not limited to medical, dental, religious, educational and recreational activities. Provided, however, that in the event of a dispute between the parties, the custodial parent shall make the final decision on any such issue.

**i.**   The party in whose care the minor children are then being kept shall be authorized to make and decide medical emergency decisions concerning said minor children. In the event such an emergency medical decision should arise, the party then in physical custody of the children shall notify and consult the other party, as time may reasonably allow, governing any such emergency.

**j.**   Neither party shall use illegal drugs, prescription drugs not as prescribed, nor be impaired by the use of alcohol, during any time that a child(ren) of the parties is in his or her care.

**k.**   During any period of overnight visitation and/or exercise of custody with the parties' minor child(ren), neither party shall allow any person to whom he or she is not related by blood or marriage, and with whom he or she is involved in a romantic and/or sexual relationship, to stay overnight in the same place with the parties' child(ren).

**l.**   The Court expects children to be insulated to the fullest extent possible from the conflict between their parents. They should not be made to be confidants of a parent, and should be encouraged to love, honor and respect both parents and their respective families. Parents should act accordingly in the presence of the children.

**m.**   The Court expects both parents to have the opportunity to attend a child's medical and/or dental appointments, as well as a child's school and extracurricular activities, including parent-teacher conferences, school events, sporting events, etc. A parent scheduling any such appointment or receiving notice of such activities should give the same notice to the other parent as soon as received. Parents shall conduct themselves in a civil and appropriate manner at all such appointments and activities. Contact by the child with both parents at any such activity is encouraged and should be allowed.

**n.**   Regardless of the custodial/visitation schedule, a parent shall be allowed to eat lunch with a child at school; provided, however, that all applicable school rules and requirements shall be followed.

**o.**   The parent exercising custody and/or visitation overnight on a school night shall be responsible for making sure the child does homework, studies for any tests, and is otherwise prepared for school the next day, and shall be responsible for getting the child to school on time with whatever the child needs for that school day, including, but not limited to, lunch.

**p.**   It is the desire of the Court that both parents work together to ensure that a child grows up as happy and well-adjusted as possible. It is important to the Court that a child of divorced parents is made to feel and understand that the divorce is not the child's fault; that just because the parents are divorcing, they are not divorcing the child; that the child has a lot of people who love the child; and that even though the parents will be living in separate homes, the child is still part of a family.

**q.**   A parent shall not delegate his or her responsibility for communication with the other parent to a spouse of a parent or any other person unless both parties agree to communicate through the spouse or other person. A parent shall treat the spouse of a parent with the same civility and respect herein requested of a parent. Provided however, a spouse of a parent shall not attempt to interfere in communications or dealings between

a child's parents. A child shall be taught and encouraged by both parents to show respect to a spouse of a parent.

**r.** Alabama law requires each party in this action who has either custody of or the right of visitation with a child to notify other parties who have custody of or the right of visitation with a child of any change in his or her address or telephone number, or both, and of any change or proposed change of principal residence and telephone number or numbers of a child. This is a continuing duty and remains in effect as to each child subject to the custody or visitation provisions of this decree until such child reaches the age of majority or become emancipated and for so long as you are entitled to custody of or visitation with a child covered by this order. If there is to be a change of principal residence by you or by a child subject to the custody or visitation provisions of this order, you must provide the following information to each other person who has custody or visitation rights under this decree as follows:

(a)     The intended new residence, including the specific street address, if known.

(b)     The mailing address, if not the same as the street address.

(c)     The telephone number or numbers at such residence, if known.

(d)     If applicable, the name, address, and telephone number of the school to be attended by a child, if known.

(e)     The date of the intended change of principal residence of a child.

(f)     A statement of the specific reasons for the proposed change of principal residence of a child, if applicable.

(g)     A proposal for a revised schedule of custody of or visitation with a child, if any.

(h)     Unless you are a member of the Armed Forces of the United States of America and are being transferred or relocated pursuant to a non-voluntary order of the government, a warning to the non-relocating person that an objection to the relocation must be made within 30 days of receipt of the notice or the relocation will be permitted.

You must give notice by certified mail of the proposed change of principal residence on or before the 45th day before a proposed change of principal residence. If you do not know and cannot reasonably become aware of such information in sufficient time to provide a 45-day notice, you must give such notice by certified mail not later than the 10th day after the date that you obtain such information.

Your failure to notify other parties entitled to notice of your intent to change the principal residence of a child may be taken into account in a modification of the custody of or visitation with a child.

If you, as the non-relocating party, do not commence an action seeking a temporary or permanent order to prevent the change of principal residence of a child within 30 days after receipt of notice of the intent to change the principal residence of a child, the change of principal residence is authorized.

**Done this the 30ᵗʰ day of April, 2015.**

Honorable Karen K. Hall
Presiding Circuit Judge

Honorable Dennis E. O'Dell
Circuit Judge

Honorable Ruth Ann Hall
Circuit Judge

Honorable Donna Pate
Circuit Judge

Honorable Chris Comer
Circuit Judge

Honorable Alan Mann
Circuit Judge

Honorable Alison Austin
Circuit Judge

# EXHIBIT C

NODISCH, NTCAPR, AwTRact1, CONVERTED

# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA (Decatur)
### Bankruptcy Petition #: 18-83442-CRJ7

|  |  |
|---|---|
| *Date filed:* | 11/16/2018 |
| *Date converted:* | 06/22/2020 |
| *341 meeting:* | 07/31/2020 |
| *Deadline for filing claims:* | 08/31/2020 |
| *Deadline for filing claims (govt.):* | 12/21/2020 |
| *Deadline for objecting to discharge:* | 09/29/2020 |
| *Deadline for financial mgmt. course:* | 09/29/2020 |

*Assigned to:* Clifton R. Jessup Jr.
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor***<br>**William Barrier Roberts**<br>2115 Big Cove Rd<br>Huntsville, AL 35801<br>MADISON-AL<br>SSN / ITIN: xxx-xx-9314 | represented by **Stuart M Maples**<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801<br>256 489-9779<br>Fax : 256-489-9720<br>Email: smaples@mapleslawfirmpc.com |
| ***Trustee***<br>**Tazewell Shepard**<br>Tazewell Shepard, Trustee<br>PO Box 19045<br>Huntsville, AL 35804<br>256 512-9924 | represented by **Kevin M Morris**<br>Sparkman, Shepard & Morris P.C.<br>P O Box 19045<br>Huntsville, AL 35804<br>256 512-9924<br>Email: kevin@ssmattorneys.com<br><br>**Tazewell Shepard**<br>Tazewell Shepard, Trustee<br>PO Box 19045<br>Huntsville, AL 35804<br>256 512-9924<br>Fax : 256 512-9837<br>Email: tshepard@ecf.axosfs.com<br><br>**Tazewell Taylor Shepard, IV**<br>Sparkman, Shepard & Morris, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804<br>256-512-9924<br>Fax : 256 512-9837<br>Email: ty@ssmattorneys.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/16/2018 | 1<br>(7 pgs) | Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by William Barrier Roberts Incomplete Filings due by 11/30/2018. Chapter 11 Plan due by 03/18/2019. Disclosure Statement due by 03/18/2019. (Maples, Stuart) (Entered: 11/16/2018) |
| 11/16/2018 | 2<br>(4 pgs) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/16/2018) |
| 11/16/2018 | | Receipt of Voluntary Petition (Chapter 11)( 18-83442-11) [misc,volp11] (1717.00) Filing Fee. Receipt number A22814125. Fee Amount 1717.00 (re:Doc# 1) (U.S. Treasury) (Entered: 11/16/2018) |
| 11/18/2018 | 4<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Creditor PRA Receivables Management, LLC. (Smith, Valerie) (Entered: 11/18/2018) |
| 11/19/2018 | | Notice of Debtor's Prior Filings for debtor William Barrier Roberts Case Number 01-81066, Chapter 13 filed in Alabama Northern Bankruptcy Court on 03/12/2001 , Standard Discharge on 01/11/2006; Case Number 93-80954, Chapter 7 filed in Alabama Northern Bankruptcy Court on 05/03/1993 , Standard Discharge on 08/30/1993.(Admin) (Entered: 11/19/2018) |
| 11/19/2018 | 5<br>(5 pgs) | Application to Employ Stuart M Maples as Attorney for Debtor Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 11/19/2018) |
| 11/19/2018 | 6<br>(3 pgs; 2 docs) | Meeting of Creditors Chapter 11. 341(a) meeting to be held on 12/18/2018 at 02:30 PM at Room 200 Decatur. Last day to oppose discharge or dischargeability is 2/19/2019. (bng) (Entered: 11/19/2018) |
| 11/21/2018 | 7<br>(2 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)5 Application to Employ filed by Debtor William Barrier Roberts). Hearing scheduled 12/19/2018 at 11:30 AM at Huntsville Federal Building (CRJ). (scm) (Entered: 11/21/2018) |
| 11/21/2018 | 8<br>(2 pgs; 2 docs) | Order Scheduling Status Conference Signed on 11/21/2018. Status hearing to be held on 12/19/2018 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 11/21/2018) |
| 11/21/2018 | 9<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting of Creditors Chapter 11). Notice Date 11/21/2018. (Admin.) (Entered: 11/22/2018) |

| | | |
|---|---|---|
| 11/23/2018 | **10**<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)8 Order and Notice of Status Conference). Notice Date 11/23/2018. (Admin.) (Entered: 11/24/2018) |
| 11/23/2018 | **11**<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)7 Notice of Hearing). Notice Date 11/23/2018. (Admin.) (Entered: 11/24/2018) |
| 11/26/2018 | **12**<br>(4 pgs) | Notice of Appearance and Request for Notice */Service* by Justin B. Little Filed by Creditor SmartBank. (Little, Justin) (Entered: 11/26/2018) |
| 11/29/2018 | **13**<br>(2 pgs) | Notice of Appearance and Request for Notice by Gary P Wolfe Filed by Creditor NORTH ALABAMA BANK. (Wolfe, Gary) (Entered: 11/29/2018) |
| 11/30/2018 | **14**<br>(23 pgs) | Schedules A-J Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **15**<br>(1 pg) | Declaration About Individual Debtor's Schedules Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **16**<br>(8 pgs) | Statement of Financial Affairs for Individual Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **17**<br>(3 pgs) | Chapter 11 Statement of Your Current Monthly Income Form 122B Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **18**<br>(1 pg) | Disclosure of Compensation of Attorney for Debtor Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **19**<br>(2 pgs) | Matrix Filed Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **20**<br>(2 pgs) | Summary of Assets and Liabilities Schedules for Individual Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 11/30/2018) |
| 11/30/2018 | **21**<br>(6 pgs) | Bankruptcy Administrator's Notice *of Chapter 11 Operating Procedures* Filed by Bankruptcy Administrator Richard M Blythe. (Blythe, Richard) (Entered: 11/30/2018) |
| 12/03/2018 | **22**<br>(2 pgs; 2 docs) | Order on Chapter 11 Operating Procedures. Signed on 12/3/2018. (bng) (Entered: 12/03/2018) |
| 12/05/2018 | **23**<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)22 Chapter 11 Operating Order). Notice Date 12/05/2018. (Admin.) (Entered: 12/06/2018) |

| 12/07/2018 | 24<br>(2 pgs) | Notice of Appearance and Request for Notice by Gary P Wolfe Filed by Creditor First National Bank of Pulaski. (Wolfe, Gary) (Entered: 12/07/2018) |
|---|---|---|
| 12/12/2018 | 25<br>(2 pgs) | Bankruptcy Administrator's Recommendation *Approving* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)5 Application to Employ Stuart M Maples as Attorney for Debtor Filed by Debtor William Barrier Roberts filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 12/12/2018) |
| 12/20/2018 | 27<br>(2 pgs; 2 docs) | Order Setting Deadline to File Chapter 11 Plan and Disclosure Statement and Setting Bar Date for Filing Claims. Signed on 12/20/2018. (bng) (Entered: 12/20/2018) |
| 12/20/2018 | 28<br>(3 pgs) | Notice of Appearance and Request for Notice by Kevin C Gray Filed by Creditor Charlotte Bentley Schlittler. (Gray, Kevin) (Entered: 12/20/2018) |
| 12/20/2018 | 29<br>(3 pgs) | Notice of Appearance and Request for Notice by Kevin C Gray Filed by Creditor Shannan League Roberts. (Gray, Kevin) (Entered: 12/20/2018) |
| 12/22/2018 | 30<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)27 Order Approving). Notice Date 12/22/2018. (Admin.) (Entered: 12/23/2018) |
| 01/02/2019 | 31<br>(2 pgs) | Certificate of Service Filed by Debtor William Barrier Roberts (RE: related document(s)27 Order Approving). (Maples, Stuart) (Entered: 01/02/2019) |
| 01/04/2019 | 32<br>(2 pgs; 2 docs) | Order Granting Application to Employ Stuart M Maples (Related Doc # 5) Signed on 1/4/2019. (bng) (Entered: 01/04/2019) |
| 01/06/2019 | 33<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)32 Order on Application to Employ). Notice Date 01/06/2019. (Admin.) (Entered: 01/07/2019) |
| 01/18/2019 | 34<br>(3 pgs) | Motion for Relief from Stay *(Consent)*, Fee Amount $181, Filed by Creditor Shannan League Roberts (Gray, Kevin) (Entered: 01/18/2019) |
| 01/18/2019 | | Receipt of Motion for Relief from Stay( 18-83442-CRJ11) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A23089604. Fee Amount 181.00 (re:Doc# 34) (U.S. Treasury) (Entered: 01/18/2019) |
| 01/18/2019 | 35<br>(3 pgs) | Motion to Expedite Hearing (related documents 34 Motion for Relief from Stay) Filed by Creditor Shannan League Roberts (Gray, Kevin) (Entered: 01/18/2019) |

| 01/22/2019 | 36<br>(5 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period 12-31-2018 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 01/22/2019) |
| --- | --- | --- |
| 01/22/2019 | 37<br>(7 pgs) | Motion to Pay *Motion to Approve Procedure for Interim Compensation of Professionals* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 01/22/2019) |
| 01/22/2019 | 38<br>(2 pgs; 2 docs) | Order on Motion for Expedited Hearing on Motion for Relief from Stay(Related Doc # 35) Signed on 1/22/2019. Hearing to be held on 2/4/2019 at 02:30 PM 3rd Floor Courtroom (CRJ) Decatur for 34, (bng) (Entered: 01/22/2019) |
| 01/24/2019 | 39<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)38 Order on Motion to Expedite Hearing). Notice Date 01/24/2019. (Admin.) (Entered: 01/25/2019) |
| 01/25/2019 | 40<br>(2 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)37 Motion to Pay filed by Debtor William Barrier Roberts). Hearing scheduled 2/4/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 01/25/2019) |
| 01/27/2019 | 41<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)40 Notice of Hearing). Notice Date 01/27/2019. (Admin.) (Entered: 01/28/2019) |
| 02/04/2019 | 42<br>(5 pgs) | Application to Employ John C. Callahan, Jr. as Special Counsel Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 02/04/2019) |
| 02/04/2019 | 43<br>(7 pgs) | Application to Employ Steven Mitch Howie as Special Counsel Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 02/04/2019) |
| 02/04/2019 | 44<br>(6 pgs) | Application to Employ Blake Cantrell as Realtor Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 02/04/2019) |
| 02/06/2019 | 46<br>(2 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)42 Application to Employ filed by Debtor William Barrier Roberts, 43 Application to Employ filed by Debtor William Barrier Roberts, 44 Application to Employ filed by Debtor William Barrier Roberts). Hearing scheduled 2/20/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 02/06/2019) |
| 02/08/2019 | 47<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)46 Notice of Hearing). Notice Date 02/08/2019. (Admin.) (Entered: 02/09/2019) |
| 02/13/2019 | 48<br>(2 pgs) | Bankruptcy Administrator's Recommendation *Approving* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)44 Application to Employ Blake Cantrell as |

| | | |
|---|---|---|
| | | Realtor Filed by Debtor William Barrier Roberts filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 02/13/2019) |
| 02/13/2019 | 49 (2 pgs) | Bankruptcy Administrator's Recommendation *That the Application Not be Approved* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)43 Application to Employ Steven Mitch Howie as Special Counsel Filed by Debtor William Barrier Roberts filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 02/13/2019) |
| 02/13/2019 | 50 | Hearing Scheduled (RE: related document(s)49 Bankruptcy Administrator's Recommendation filed by Bankruptcy Administrator Richard M Blythe). Hearing scheduled 2/20/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (scm) (Entered: 02/13/2019) |
| 02/15/2019 | 51 (5 pgs; 2 docs) | Order Approving Motion For Interim Compensation of Professionals (Related Doc # 37) Signed on 2/15/2019. (scm) (Entered: 02/15/2019) |
| 02/17/2019 | 52 (6 pgs) | BNC Certificate of Notice (RE: related document(s)51 Order on Motion to Pay). Notice Date 02/17/2019. (Admin.) (Entered: 02/18/2019) |
| 02/21/2019 | 54 (3 pgs; 2 docs) | Order Approving Application to Employ Callahan PC as Special Counsel(Related Doc # 42) Signed on 2/21/2019. (bng) (Entered: 02/21/2019) |
| 02/21/2019 | 55 (2 pgs; 2 docs) | Order Approving Consent Motion For Relief From Stay (Related Doc # 34) Signed on 2/21/2019. (bng) (Entered: 02/21/2019) |
| 02/22/2019 | 56 (3 pgs; 2 docs) | Order Approving Application to Employ Realtor Nunc Pro Tunc (Related Doc # 44) Signed on 2/22/2019. (bng) (Entered: 02/22/2019) |
| 02/23/2019 | 57 (4 pgs) | BNC Certificate of Notice (RE: related document(s)54 Order on Application to Employ). Notice Date 02/23/2019. (Admin.) (Entered: 02/24/2019) |
| 02/23/2019 | 58 (3 pgs) | BNC Certificate of Notice (RE: related document(s)55 Order on Motion For Relief From Stay). Notice Date 02/23/2019. (Admin.) (Entered: 02/24/2019) |
| 02/24/2019 | 59 (4 pgs) | BNC Certificate of Notice (RE: related document(s)56 Order on Application to Employ). Notice Date 02/24/2019. (Admin.) (Entered: 02/25/2019) |
| 02/25/2019 | 60 (2 pgs; 2 docs) | Order Denying Debtor's Application to Employ Steven Mitchell Howie (Related Doc # 43) Signed on 2/25/2019. (bng) (Entered: 02/25/2019) |

| | | |
|---|---|---|
| 02/27/2019 | 61<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)60 Order on Application to Employ). Notice Date 02/27/2019. (Admin.) (Entered: 02/28/2019) |
| 02/28/2019 | 62<br>(3 pgs) | Notice of Appearance and Request for Notice by Christian Antonio Pereyda Filed by Creditor Bullet & Barrel, LLC. (Pereyda, Christian) (Entered: 02/28/2019) |
| 02/28/2019 | 63<br>(3 pgs) | Notice of Appearance and Request for Notice *to Jayna P. Lamar* by Christian Antonio Pereyda Filed by Creditor Bullet & Barrel, LLC. (Pereyda, Christian) (Entered: 02/28/2019) |
| 02/28/2019 | 64<br>(3 pgs) | Notice of Appearance and Request for Notice by Christian Antonio Pereyda Filed by Creditor Melanie Hammer Murray. (Pereyda, Christian) (Entered: 02/28/2019) |
| 02/28/2019 | 65<br>(3 pgs) | Notice of Appearance and Request for Notice *to Jayna P. Lamar* by Christian Antonio Pereyda Filed by Creditor Melanie Hammer Murray. (Pereyda, Christian) (Entered: 02/28/2019) |
| 02/28/2019 | 66<br>(3 pgs) | Notice of Appearance and Request for Notice by Christian Antonio Pereyda Filed by Creditor Rhett Murray. (Pereyda, Christian) (Entered: 02/28/2019) |
| 02/28/2019 | 67<br>(3 pgs) | Notice of Appearance and Request for Notice *to Jayna P. Lamar* by Christian Antonio Pereyda Filed by Creditor Rhett Murray. (Pereyda, Christian) (Entered: 02/28/2019) |
| 03/19/2019 | 68<br>(2 pgs) | Motion to Extend Time *Debtor's Motion for Extension of Time to File Plan of Reorganization and Disclosure Statement* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 03/19/2019) |
| 03/20/2019 | 69<br>(5 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period 3-17-19 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 03/20/2019) |
| 03/20/2019 | 70<br>(2 pgs; 2 docs) | Order Approving Motion for Extension of Time to File Plan of Reorganization and Disclosure Statement (Related Doc # 68) Signed on 3/20/2019. (bng) (Entered: 03/20/2019) |
| 03/21/2019 | 71<br>(11 pgs) | Adversary case 19-80017. 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Complaint by Barrier Roberts William against Melanie Hammer Murray, Rhett Murray. Fee Amount $350 (Maples, Stuart) (Entered: 03/21/2019) |
| 03/22/2019 | 72 | **Entered in Error** Wrong Case. Pdf did not Attach. Summons Issued Stuart M Maples Date Issued 3/22/2019, Answer Due 5/7/2019 (bng) Modified on 3/22/2019 (bng). (Entered: 03/22/2019) |

| | | |
|---|---|---|
| 03/22/2019 | | Corrective Entry **Entered in Wrong Case** Pdf did not attach(RE: related document(s) 72 Summons Issued). (bng) (Entered: 03/22/2019) |
| 03/22/2019 | 73<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)70 Order on Motion to Extend Time). Notice Date 03/22/2019. (Admin.) (Entered: 03/23/2019) |
| 03/25/2019 | 74<br>(18 pgs; 2 docs) | Motion for Relief from Stay , Fee Amount $181, Filed by Creditor SmartBank (Attachments: # 1 Exhibit Exhibits A-B) (Little, Justin) (Entered: 03/25/2019) |
| 03/25/2019 | | Receipt of Motion for Relief from Stay( 18-83442-CRJ11) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A23404913. Fee Amount 181.00 (re:Doc# 74) (U.S. Treasury) (Entered: 03/25/2019) |
| 03/27/2019 | 75<br>(2 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)74 Motion for Relief from Stay filed by Creditor SmartBank). Hearing scheduled 4/17/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 03/27/2019) |
| 03/28/2019 | 76<br>(2 pgs) | Motion to Convert Case to Chapter 7 . Receipt Number NA, Fee Amount $15, or in the alternative Bankruptcy Administrator's Motion to Dismiss *Case* Filed by Bankruptcy Administrator Richard M Blythe. (Blythe, Richard) (Entered: 03/28/2019) |
| 03/29/2019 | 77<br>(2 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)76 Motion to Convert Case to Chapter 7 filed by Bankruptcy Administrator Richard M Blythe, Bankruptcy Administrator's Motion to Dismiss). Hearing scheduled 5/6/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 03/29/2019) |
| 03/29/2019 | 78<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)75 Notice of Hearing). Notice Date 03/29/2019. (Admin.) (Entered: 03/30/2019) |
| 03/31/2019 | 79<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)77 Notice of Hearing). Notice Date 03/31/2019. (Admin.) (Entered: 04/01/2019) |
| 04/17/2019 | 80<br>(2 pgs) | Chapter 11 Quarterly Fee Statement for Period: 3-31-2019; Fee Amount $325 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 04/17/2019) |
| 04/17/2019 | | Receipt of Chapter 11 Quarterly Fee Statement( 18-83442-CRJ11) [misc,qfeerpt] ( 325.00) Filing Fee. Receipt number A23515871. Fee Amount 325.00 (re:Doc# 80) (U.S. Treasury) (Entered: 04/17/2019) |
| 04/26/2019 | | |

| | 82<br>(2 pgs) | Chapter 11 Quarterly Fee Statement for Period: 12-31-2018; Fee Amount $325.00 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 04/26/2019) |
|---|---|---|
| 04/26/2019 | | Receipt of Chapter 11 Quarterly Fee Statement( 18-83442-CRJ11) [misc,qfeerpt] ( 325.00) Filing Fee. Receipt number A23553100. Fee Amount 325.00 (re:Doc# 82) (U.S. Treasury) (Entered: 04/26/2019) |
| 04/29/2019 | 83<br>(4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period 1-14-19 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 04/29/2019) |
| 05/06/2019 | 85<br>(3 pgs; 2 docs) | Order Approving the Withdrawal of Bankruptcy Administrator's Motion to Convert or Dismiss Signed on 5/6/2019 (RE: related document(s)76 Motion to Convert Case to Chapter 7 filed by Bankruptcy Administrator Richard M Blythe, Bankruptcy Administrator's Motion to Dismiss). (dwh) (Entered: 05/06/2019) |
| 05/06/2019 | 86<br>(3 pgs; 2 docs) | **Entered in Error**Order Approving Withdrawal Signed on 5/6/2019 (RE: related document(s)76 Motion to Convert Case to Chapter 7 filed by Bankruptcy Administrator Richard M Blythe, Bankruptcy Administrator's Motion to Dismiss). (bng) Modified on 5/8/2019 (bng). (Entered: 05/06/2019) |
| 05/08/2019 | | Corrective Entry **Order entered in duplicate** (RE: related document(s)86 Order Approving). (bng) (Entered: 05/08/2019) |
| 05/08/2019 | 87<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)85 Order Withdrawing). Notice Date 05/08/2019. (Admin.) (Entered: 05/09/2019) |
| 05/08/2019 | 88<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)86 Order Approving). Notice Date 05/08/2019. (Admin.) (Entered: 05/09/2019) |
| 05/09/2019 | 89<br>(3 pgs; 2 docs) | Stipulated Order Approving Relief From Stay to Smartbank, Successor by Merger to Southern Community Bank as to Real Property (Related Doc # 74) Signed on 5/9/2019. (bng) (Entered: 05/09/2019) |
| 05/11/2019 | 90<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)89 Order on Motion For Relief From Stay). Notice Date 05/11/2019. (Admin.) (Entered: 05/12/2019) |
| 05/15/2019 | 91<br>(6 pgs) | Application to Employ Julie Lockwood as Realtor Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 05/15/2019) |
| 05/15/2019 | 92<br>(11 pgs; 3 docs) | Amended Schedules. *Notice of Filing Amended Schedule E/F* Fee Amount $31 Filed by Debtor William Barrier Roberts. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Amended Schedule E/F # 2 Creditor Mailing Matrix) (Maples, Stuart) (Entered: 05/15/2019) |
| 05/15/2019 | | Receipt of Amended Schedules (Fee)( 18-83442-CRJ11) [misc,amdsch2] ( 31.00) Filing Fee. Receipt number A23635604. Fee Amount 31.00 (re:Doc# 92) (U.S. Treasury) (Entered: 05/15/2019) |
| 05/16/2019 | 93 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period 04-15-2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 05/16/2019) |
| 05/16/2019 | 94 (2 pgs; 2 docs) | Notice of Amendment to Schedules (bng) (Entered: 05/16/2019) |
| 05/16/2019 | 95 (3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)91 Application to Employ filed by Debtor William Barrier Roberts). Hearing scheduled 6/3/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 05/16/2019) |
| 05/18/2019 | 96 (3 pgs) | BNC Certificate of Notice (RE: related document(s)95 Notice of Hearing). Notice Date 05/18/2019. (Admin.) (Entered: 05/19/2019) |
| 05/18/2019 | 97 (3 pgs) | BNC Certificate of Notice (RE: related document(s)94 Notice of Amendment to Schedules (Chapter 11)). Notice Date 05/18/2019. (Admin.) (Entered: 05/19/2019) |
| 05/20/2019 | 98 (31 pgs) | Disclosure Statement Filed by Debtor William Barrier Roberts (RE: related document(s)1 Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by William Barrier Roberts Incomplete Filings due by 11/30/2018. Chapter 11 Plan due by 03/18/2019. Disclosure Statement due by 03/18/2019.). (Maples, Stuart) (Entered: 05/20/2019) |
| 05/20/2019 | 99 (16 pgs) | Chapter 11 Plan of Reorganization Filed by Debtor William Barrier Roberts (RE: related document(s)1 Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by William Barrier Roberts Incomplete Filings due by 11/30/2018. Chapter 11 Plan due by 03/18/2019. Disclosure Statement due by 03/18/2019.). (Maples, Stuart) (Entered: 05/20/2019) |
| 05/21/2019 | 100 (3 pgs; 2 docs) | Order Scheduling Hearing on Disclosure Statement and Setting Deadline for Filing Objections to Disclosure Statement. Signed on 5/21/2019 (RE: related document(s)98 Disclosure Statement filed by Debtor William Barrier Roberts). Hearing scheduled 7/1/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 05/21/2019) |
| 05/23/2019 | 101 (3 pgs) | BNC Certificate of Notice (RE: related document(s)100 Order and Notice of Hearing). Notice Date 05/23/2019. (Admin.) (Entered: 05/24/2019) |

| | | |
|---|---|---|
| 05/29/2019 | 102<br>(20 pgs) | First Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 11/20/2018 to 4/30/2019, Fee: $19309.75, Expenses: $383.30. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 05/29/2019) |
| 05/29/2019 | 103<br>(2 pgs) | Bankruptcy Administrator's Recommendation *That the Application Not Be Approved As Filed* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)91 Application to Employ Julie Lockwood as Realtor Filed by Debtor William Barrier Roberts filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 05/29/2019) |
| 05/29/2019 | 104 | Hearing Scheduled (RE: related document(s)103 Bankruptcy Administrator's Recommendation filed by Bankruptcy Administrator Richard M Blythe). Hearing scheduled 6/3/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 05/29/2019) |
| 05/29/2019 | 105<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)102 Application for Compensation filed by Debtor William Barrier Roberts). Hearing scheduled 7/1/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 05/29/2019) |
| 05/30/2019 | 106<br>(35 pgs; 3 docs) | First Application for Compensation for Callahan PC, Special Counsel, Period: 11/1/2018 to 4/30/2019, Fee: $15418.00, Expenses: $26.70. Filed by Attorney Stuart M Maples (Attachments: # 1 Part 2 # 2 Part 3) (Maples, Stuart) (Entered: 05/30/2019) |
| 05/30/2019 | 107<br>(2 pgs) | Motion to Withdraw *Approval of Blake Cantrell of Coldwell Banker as Realtor for Debtor in Response to the Bankruptcy Administrator's Recommendation* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 05/30/2019) |
| 05/30/2019 | 108<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)106 Application for Compensation filed by Special Counsel Callahan PC). Hearing scheduled 7/1/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 05/30/2019) |
| 05/31/2019 | 110 | Order Approving Signed on 5/31/2019 (RE: related document (s)107 Motion to Withdraw filed by Debtor William Barrier Roberts). (bng) (Entered: 05/31/2019) |
| 05/31/2019 | | Corrective Entry **Entered in Error** pdf did not attach (RE: related document(s) 110 Order Approving). (bng) (Entered: 05/31/2019) |
| 05/31/2019 | 111<br>(3 pgs; 2 docs) | Order Approving Signed on 5/31/2019 (RE: related document (s)107 Motion to Withdraw filed by Debtor William Barrier Roberts). (bng) (Entered: 05/31/2019) |
| 05/31/2019 | | |

| | | |
|---|---|---|
| | 112<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)105 Notice of Hearing). Notice Date 05/31/2019. (Admin.) (Entered: 06/01/2019) |
| 06/01/2019 | 113<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)108 Notice of Hearing). Notice Date 06/01/2019. (Admin.) (Entered: 06/02/2019) |
| 06/02/2019 | 114<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)111 Order Approving). Notice Date 06/02/2019. (Admin.) (Entered: 06/03/2019) |
| 06/18/2019 | 115<br>(6 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period 5/31/19 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 06/18/2019) |
| 06/19/2019 | 116<br>(3 pgs) | Motion to Reconsider (related documents 111 Order Approving) *Motion to Reconsider Order dated May 31,2019* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 06/19/2019) |
| 06/20/2019 | 117<br>(8 pgs) | Objection to (related document(s): 98 Disclosure Statement filed by Debtor William Barrier Roberts, 99 Chapter 11 Plan filed by Debtor William Barrier Roberts) Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray, Rhett Murray (Pereyda, Christian) (Entered: 06/20/2019) |
| 06/20/2019 | 118<br>(3 pgs; 2 docs) | Order on Motion to Reconsider Order Dated May 31, 2019. Signed on 6/20/2019 (RE: related document(s)116 Motion to Reconsider filed by Debtor William Barrier Roberts). Hearing scheduled 7/1/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 06/20/2019) |
| 06/21/2019 | 119 | Hearing Scheduled (RE: related document(s)117 Objection filed by Creditor Bullet & Barrel, LLC, Creditor Melanie Hammer Murray, Creditor Rhett Murray). Hearing scheduled 7/1/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 06/21/2019) |
| 06/22/2019 | 120 | Hearing Scheduled (RE: related document(s)91 Application to Employ filed by Debtor William Barrier Roberts). Hearing scheduled 7/1/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (mmb) (Entered: 06/22/2019) |
| 06/22/2019 | 121<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)118 Order and Notice of Hearing). Notice Date 06/22/2019. (Admin.) (Entered: 06/23/2019) |
| 06/26/2019 | 122<br>(2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)106 First Application for Compensation for Callahan PC, Special |

| | | |
|---|---|---|
| | | Counsel, Period: 11/1/2018 to 4/30/2019, Fee: $15418.00, Expenses: $26.70. Filed by Attorney Stuart M Maples (Attachments: # 1 Part 2 # 2 Part 3) filed by Special Counsel Callahan PC. (Blythe, Richard) (Entered: 06/26/2019) |
| 06/26/2019 | 123 (2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)102 First Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 11/20/2018 to 4/30/2019, Fee: $19309.75, Expenses: $383.30. Filed by Attorney Stuart M Maples filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 06/26/2019) |
| 07/02/2019 | 124 (3 pgs; 2 docs) | Order Continuing Disclosure Statement Hearing. Signed on 7/2/2019. Hearing scheduled 8/5/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 07/02/2019) |
| 07/03/2019 | 126 (3 pgs; 2 docs) | Order Approving Application For Compensation (Related Doc#102) for Stuart M Maples, Special Counsel, Period: to , Fees awarded: $19309.75, Expenses awarded: $383.30; Awarded on 7/3/2019 Signed on 7/3/2019. (bng) (Entered: 07/03/2019) |
| 07/04/2019 | 127 (3 pgs) | BNC Certificate of Notice (RE: related document(s)124 Order and Notice of Hearing). Notice Date 07/04/2019. (Admin.) (Entered: 07/05/2019) |
| 07/05/2019 | 128 (3 pgs) | BNC Certificate of Notice (RE: related document(s)126 Order on Application for Compensation). Notice Date 07/05/2019. (Admin.) (Entered: 07/06/2019) |
| 07/08/2019 | 129 (3 pgs; 2 docs) | Order on First Interim Application of Callahan PC as Special Counsel for the Debtor, for Compensation and Reimbursement of Expenses. (Related Doc#106) for Callahan PC, Special Counsel, Period: to , Fees awarded: $15418.00, Expenses awarded: $26.70; Awarded on 7/8/2019 Signed on 7/8/2019. (bng) (Entered: 07/08/2019) |
| 07/09/2019 | 130 (4 pgs; 2 docs) | Order Approving Application to Employ Realtor (Related Doc # 91) Signed on 7/9/2019. (bng) (Entered: 07/09/2019) |
| 07/10/2019 | 131 (34 pgs) | Motion for Relief from Stay , Fee Amount $181, Filed by Creditor SPECIALIZED LOAN SERVICING LLC (Eberhardt, Evan) (Entered: 07/10/2019) |
| 07/10/2019 | | Receipt of Motion for Relief from Stay( 18-83442-CRJ11) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A23873090. Fee Amount 181.00 (re:Doc# 131) (U.S. Treasury) (Entered: 07/10/2019) |
| 07/10/2019 | | |

| | | |
|---|---|---|
| | 132<br>(1 pg) | Fact Summary for a Motion for Relief from Stay Filed by Creditor SPECIALIZED LOAN SERVICING LLC (RE: related document(s)131 Motion for Relief from Stay , Fee Amount $181,). (Eberhardt, Evan) (Entered: 07/10/2019) |
| 07/10/2019 | 133<br>(2 pgs; 2 docs) | Notice of Final Hearing on Motion for Relief from Stay filed by Movant's Attorney Evan Eberhardt (RE: related document (s)131 Motion for Relief from Stay filed by Creditor SPECIALIZED LOAN SERVICING LLC). Hearing scheduled 8/5/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 07/10/2019) |
| 07/10/2019 | 134<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)129 Order on Application for Compensation filed by Special Counsel Callahan PC). Notice Date 07/10/2019. (Admin.) (Entered: 07/11/2019) |
| 07/11/2019 | 135<br>(33 pgs) | Amended Disclosure Statement Filed by Debtor William Barrier Roberts (RE: related document(s)98 Disclosure Statement Filed by Debtor William Barrier Roberts (RE: related document(s)1 Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by William Barrier Roberts Incomplete Filings due by 11/30/2018. Chapter 11 Plan due by 03/18/2019. Disclosure Statement due by 03/18/2019.).). (Maples, Stuart) (Entered: 07/11/2019) |
| 07/11/2019 | 136<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)130 Order on Application to Employ). Notice Date 07/11/2019. (Admin.) (Entered: 07/12/2019) |
| 07/12/2019 | 137 | Hearing Scheduled (RE: related document(s)135 Amended Disclosure Statement filed by Debtor William Barrier Roberts). Hearing scheduled 8/5/2019 at 2:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) Modified on 7/16/2019 (mmb). (Entered: 07/12/2019) |
| 07/12/2019 | 138<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)133 Hearing (Motion for Relief) Set). Notice Date 07/12/2019. (Admin.) (Entered: 07/13/2019) |
| 07/16/2019 | | Corrective Entry - Edited docket text and calendar to reflect correct hearing time as 2:30 p.m. instead of 10:00 a.m. (RE: related document(s) 137 Hearing Scheduled). (mmb) (Entered: 07/16/2019) |
| 07/24/2019 | 139<br>(5 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period June 2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 07/24/2019) |
| 07/24/2019 | 140<br>(2 pgs) | Chapter 11 Quarterly Fee Statement for Period: 6-30-2019; Fee Amount $325 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 07/24/2019) |
| | | |

| | | |
|---|---|---|
| 07/24/2019 | | Receipt of Chapter 11 Quarterly Fee Statement( 18-83442-CRJ11) [misc.qfeerpt] ( 325.00) Filing Fee. Receipt number A23932372. Fee Amount 325.00 (re:Doc# 140) (U.S. Treasury) (Entered: 07/24/2019) |
| 07/31/2019 | 141<br>(4 pgs) | Response to (Re Item: 131 Motion for Relief from Stay , Fee Amount $181, filed by Creditor SPECIALIZED LOAN SERVICING LLC) Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 07/31/2019) |
| 08/01/2019 | 142<br>(11 pgs) | Objection to (related document(s): 135 Amended Disclosure Statement filed by Debtor William Barrier Roberts) Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray, Rhett Murray (Pereyda, Christian) (Entered: 08/01/2019) |
| 08/02/2019 | 143 | Hearing Scheduled (RE: related document(s)141 Response filed by Debtor William Barrier Roberts, 142 Objection filed by Creditor Bullet & Barrel, LLC, Creditor Melanie Hammer Murray, Creditor Rhett Murray). Hearing scheduled 8/5/2019 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 08/02/2019) |
| 08/06/2019 | 144<br>(3 pgs; 2 docs) | Order Continuing Hearing on Amended Disclosure Statement. Signed on 8/6/2019. Hearing scheduled 8/19/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 08/06/2019) |
| 08/08/2019 | 145<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)144 Order and Notice of Hearing). Notice Date 08/08/2019. (Admin.) (Entered: 08/09/2019) |
| 08/12/2019 | 147<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #135; Hearing on Amended Disclosure Statement) Hearing scheduled 08/19/2019 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 08/12/2019) |
| 08/12/2019 | 148<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #142; Objection by Melanie Hammer Murray, Rhett Murray and Bullet & Barrel, LLC to Debtor's Amended Disclosure Statement) Hearing scheduled 08/19/2019 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 08/12/2019) |
| 08/12/2019 | 149<br>(3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #131; Motion to Lift Automatic Stay filed by Specialized Loan Servicing, LLC. Hearing scheduled 09/04/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 08/12/2019) |
| 08/12/2019 | 150<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #141; Debtor's Response to Specialized Loan Servicing, LLC's Motion to Lift the Automatic Stay) Hearing scheduled 09/04/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 08/12/2019) |

| | | |
|---|---|---|
| 08/14/2019 | 151<br>(12 pgs) | Second Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 5/1/2019 to 7/31/2019, Fee: $13985.00, Expenses: $68.40. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 08/14/2019) |
| 08/14/2019 | 152<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)149 Order Rescheduling Hearing). Notice Date 08/14/2019. (Admin.) (Entered: 08/15/2019) |
| 08/15/2019 | 153 | Hearing Scheduled (RE: related document(s)151 Application for Compensation filed by Debtor William Barrier Roberts). Hearing scheduled 9/18/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 08/15/2019) |
| 08/15/2019 | 154<br>(35 pgs) | Disclosure Statement *Second Amended Disclosure Statement* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 08/15/2019) |
| 08/16/2019 | 155<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)151 Application for Compensation filed by Debtor William Barrier Roberts). Hearing scheduled 9/18/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 08/16/2019) |
| 08/18/2019 | 156<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)155 Notice of Hearing). Notice Date 08/18/2019. (Admin.) (Entered: 08/18/2019) |
| 08/19/2019 | 157<br>(4 pgs; 2 docs) | Order Approving Debtor's Second Amended Disclosure Statement Dated August 15, 2019; Scheduling Confirmation Hearing; Fixing time for Objection to Confirmation and Time for Filing Acceptances or Rejections of the Plan. Signed on 8/19/2019 (RE: related document(s)154 Disclosure Statement filed by Debtor William Barrier Roberts). (bng) (Entered: 08/19/2019) |
| 08/19/2019 | 158<br>(3 pgs; 2 docs) | Notice of Confirmation Hearing (RE: related document(s)157 Order Approving). Confirmation hearing to be held on 9/30/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 08/19/2019) |
| 08/20/2019 | 159<br>(4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period 7-31-2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 08/20/2019) |
| 08/21/2019 | 161<br>(17 pgs) | Amended Chapter 11 Plan Filed by Debtor William Barrier Roberts (RE: related document(s)99 Chapter 11 Plan of Reorganization Filed by Debtor William Barrier Roberts (RE: related document(s)1 Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by William Barrier Roberts Incomplete Filings due by 11/30/2018. Chapter 11 Plan due by 03/18/2019. Disclosure Statement due by 03/18/2019.).). (Maples, Stuart) (Entered: 08/21/2019) |
| | | |

| 08/21/2019 | 162<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)157 Order Approving). Notice Date 08/21/2019. (Admin.) (Entered: 08/22/2019) |
| 08/21/2019 | 163<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)158 Notice of Confirmation Hearing). Notice Date 08/21/2019. (Admin.) (Entered: 08/22/2019) |
| 08/22/2019 | 164<br>(4 pgs) | Certificate of Service Filed by Debtor William Barrier Roberts (RE: related document(s)157 Order Approving). (Maples, Stuart) (Entered: 08/22/2019) |
| 08/23/2019 | 165<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)161 Amended Chapter 11 Plan filed by Debtor William Barrier Roberts). Hearing scheduled 9/30/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 08/23/2019) |
| 08/25/2019 | 166<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)165 Notice of Hearing). Notice Date 08/25/2019. (Admin.) (Entered: 08/25/2019) |
| 08/28/2019 | 167<br>(8 pgs; 2 docs) | Amended Schedule E/F: Creditors Who Have Unsecured Claims for Individual Debtor *Notice of Filing of Amended Schedule E/F* Fee Amount $31 Filed by Debtor William Barrier Roberts. (Attachments: # 1 Schedule E/F) (Maples, Stuart) (Entered: 08/28/2019) |
| 08/28/2019 | | Receipt of Schedule E/F- Creditors Who Have Unsecured Claims( 18-83442-CRJ11) [misc,schef] ( 31.00) Filing Fee. Receipt number A24096936. Fee Amount 31.00 (re:Doc# 167) (U.S. Treasury) (Entered: 08/28/2019) |
| 08/30/2019 | 168<br>(25 pgs) | Second Application for Compensation for Callahan PC, Special Counsel, Period: 5/1/2019 to 7/31/2019, Fee: $18455.00, Expenses: $0.00. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 08/30/2019) |
| 08/30/2019 | 169<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)168 Application for Compensation filed by Special Counsel Callahan PC). Hearing scheduled 9/30/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (tcw) (Entered: 08/30/2019) |
| 09/01/2019 | 170<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)169 Notice of Hearing). Notice Date 09/01/2019. (Admin.) (Entered: 09/02/2019) |
| 09/06/2019 | 172<br>(3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #131; Motion to Lift Automatic Stay filed by Specialized Loan Servicing, LLC. Hearing scheduled 10/07/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 09/06/2019) |
| 09/06/2019 | 173<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #141; Debtor's Response to Specialized Loan Servicing, LLC's |

| | | Motion to Lift the Automatic Stay) Hearing scheduled 10/07/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 09/06/2019) |
|---|---|---|
| 09/08/2019 | 174 (3 pgs) | BNC Certificate of Notice (RE: related document(s)172 Order Rescheduling Hearing). Notice Date 09/08/2019. (Admin.) (Entered: 09/08/2019) |
| 09/16/2019 | 175 (2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)151 Second Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 5/1/2019 to 7/31/2019, Fee: $13985.00, Expenses: $68.40. Filed by Attorney Stuart M Maples filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 09/16/2019) |
| 09/16/2019 | 176 (1 pg) | Chapter 11 Ballots Filed by Creditor First National Bank of Pulaski. (Wolfe, Gary) (Entered: 09/16/2019) |
| 09/16/2019 | 177 (1 pg) | Chapter 11 Ballots Filed by Creditor First National Bank of Pulaski. (Wolfe, Gary) (Entered: 09/16/2019) |
| 09/16/2019 | 178 (1 pg) | Chapter 11 Ballots Filed by Creditor First National Bank of Pulaski. (Wolfe, Gary) (Entered: 09/16/2019) |
| 09/18/2019 | 179 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period August 2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 09/18/2019) |
| 09/20/2019 | 181 (3 pgs; 2 docs) | Order Scheduling Telephonic Status Conference on Confirmation. Signed on 9/20/2019. Telephonic Status hearing to be held on 9/25/2019 at 10:00 AM. (bng) (Entered: 09/20/2019) |
| 09/20/2019 | 182 (7 pgs; 2 docs) | Agreed Motion to Continue Hearing On (related documents 181 Order and Notice of Status Conference) Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray, Rhett Murray (Attachments: # 1 Exhibit A) (Pereyda, Christian) (Entered: 09/20/2019) |
| 09/20/2019 | 183 (4 pgs) | Debtor's Objection to Claim # 10 of Melanie Murray in the amount of $700,000.00 *Debtor's Objection to Proof of Claim No. 10 as amended of Melanie Murray* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 09/20/2019) |
| 09/20/2019 | 184 (7 pgs) | Debtor's Objection to Claim # 11 of Melanie Murray in the amount of $74,599.05 *Debtor's Objection to Proof of Claim No. 11 as amended of Melanie Murray* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 09/20/2019) |

| | | |
|---|---|---|
| 09/20/2019 | 185<br>(4 pgs) | Debtor's Objection to Claim # 11,13 of Rhett Murray in the amount of $1,730,000.00 *Debtor's Objection to Proof of Claim No. 11 of Rhett Murray and Proof of Claim No. 13 as amended of Rhett Murray* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 09/20/2019) |
| 09/20/2019 | 186<br>(4 pgs) | Debtor's Objection to Claim # 12 of Melanie Murray in the amount of $1,730,000.00 *Debtor's Objection to Proof of Claim No. 12 as amended of Melanie Murray* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 09/20/2019) |
| 09/20/2019 | 187<br>(4 pgs) | Debtor's Objection to Claim # 14 of Bullet & Barrel, LLC in the amount of $700,000.00 *Debtor's Objection to Proof of Claim No. 14 as amended of Bullet & Barrel, LLC* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 09/20/2019) |
| 09/20/2019 | 188<br>(3 pgs; 2 docs) | Order Approving Creditor's Unopposed Motion To Continue Telephonic Status Conference on Confirmation to Monday, September 23, 2019 @ 2:00 pm, 3rd Floor Courtroom Decatur. (Related Doc # 182) Signed on 9/20/2019. (scm) (Entered: 09/20/2019) |
| 09/20/2019 | 189<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #181; Order and Notice of Status Conference) Hearing scheduled 09/23/2019 at 02:00 PM at Decatur 3rd Floor (CRJ) Decatur. (scm) (Entered: 09/20/2019) |
| 09/22/2019 | 190<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)181 Order and Notice of Status Conference). Notice Date 09/22/2019. (Admin.) (Entered: 09/23/2019) |
| 09/22/2019 | 191<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)188 Order on Motion to Continue Hearing). Notice Date 09/22/2019. (Admin.) (Entered: 09/23/2019) |
| 09/23/2019 | 192<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)183 Objection to Claim filed by Debtor William Barrier Roberts, 184 Objection to Claim filed by Debtor William Barrier Roberts, 185 Objection to Claim filed by Debtor William Barrier Roberts, 186 Objection to Claim filed by Debtor William Barrier Roberts, 187 Objection to Claim filed by Debtor William Barrier Roberts). Hearing scheduled 10/23/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 09/23/2019) |
| 09/23/2019 | 195<br>(4 pgs; 2 docs) | Order Continuing Confirmation Hearing; Fixing Time for Objecting to Confirmation and Time for Filing Acceptances or Rejections of the Plan. Signed on 9/23/2019. Hearing scheduled 11/13/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 09/23/2019) |

| 09/23/2019 | 196<br>(1 pg) | Chapter 11 Ballots Filed by American Express National Bank . (bng) (Entered: 09/25/2019) |
|---|---|---|
| 09/25/2019 | 197<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)195 Order and Notice of Hearing). Notice Date 09/25/2019. (Admin.) (Entered: 09/25/2019) |
| 09/25/2019 | 198<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)192 Notice of Hearing). Notice Date 09/25/2019. (Admin.) (Entered: 09/25/2019) |
| 09/26/2019 | 199<br>(2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)168 Second Application for Compensation for Callahan PC, Special Counsel, Period: 5/1/2019 to 7/31/2019, Fee: $18455.00, Expenses: $0.00. Filed by Attorney Stuart M Maples filed by Special Counsel Callahan PC). (Blythe, Richard) (Entered: 09/26/2019) |
| 10/03/2019 | 201<br>(3 pgs; 2 docs) | Order on Second Interim Application of Callahan PC as Special Counsel for the Debtor, for Compensation and Reimbursement of Expenses. (Related Doc#168) for Callahan PC, Special Counsel, Period: to , Fees awarded: $18455.00, Expenses awarded: $0.00; Awarded on 10/3/2019 Signed on 10/3/2019. (bng) (Entered: 10/03/2019) |
| 10/05/2019 | 202<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)201 Order on Application for Compensation filed by Special Counsel Callahan PC). Notice Date 10/05/2019. (Admin.) (Entered: 10/05/2019) |
| 10/07/2019 | 203<br>(22 pgs) | Second Amended Chapter 11 Plan Filed by Debtor William Barrier Roberts (RE: related document(s)161 Amended Chapter 11 Plan Filed by Debtor William Barrier Roberts (RE: related document(s)99 Chapter 11 Plan of Reorganization Filed by Debtor William Barrier Roberts (RE: related document(s)1 Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by William Barrier Roberts Incomplete Filings due by 11/30/2018. Chapter 11 Plan due by 03/18/2019. Disclosure Statement due by 03/18/2019.).).). (Maples, Stuart) (Entered: 10/07/2019) |
| 10/08/2019 | 205<br>(3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #131; Motion to Lift Automatic Stay filed by Specialized Loan Servicing, LLC. Hearing scheduled 11/04/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 10/08/2019) |
| 10/08/2019 | 206<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #141; Debtor's Response to Specialized Loan Servicing, LLC's Motion to Lift the Automatic Stay) Hearing scheduled 11/04/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/08/2019) |

| | | |
|---|---|---|
| 10/08/2019 | 207 | Hearing Scheduled (RE: related document(s)203 Amended Chapter 11 Plan filed by Debtor William Barrier Roberts). Hearing scheduled 11/13/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 10/08/2019) |
| 10/10/2019 | 208<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)205 Order Rescheduling Hearing). Notice Date 10/10/2019. (Admin.) (Entered: 10/11/2019) |
| 10/16/2019 | 209<br>(3 pgs; 2 docs) | Order Scheduling Status Conference on Confirmation and on Objections to Claim Signed on 10/16/2019. Status hearing to be held on 10/23/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 10/16/2019) |
| 10/18/2019 | 213<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)209 Order and Notice of Status Conference). Notice Date 10/18/2019. (Admin.) (Entered: 10/21/2019) |
| 10/21/2019 | 210<br>(1 pg) | Withdrawal of Claims: 12 Filed by Creditor Melanie Hammer Murray. (Pereyda, Christian) (Entered: 10/21/2019) |
| 10/21/2019 | 211<br>(1 pg) | Withdrawal of Claims: 13 Filed by Creditor Rhett Murray. (Pereyda, Christian) (Entered: 10/21/2019) |
| 10/21/2019 | 212<br>(437 pgs; 8 docs) | Response to (Re Item: 183 Objection to Claim filed by Debtor William Barrier Roberts, 184 Objection to Claim filed by Debtor William Barrier Roberts, 187 Objection to Claim filed by Debtor William Barrier Roberts) Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Debtor Deposition Transcript_Part 1 # 6 Debtor Deposition Transcript_Part 2 # 7 Debtor Deposition Transcript_Part 3) (Pereyda, Christian) (Entered: 10/21/2019) |
| 10/22/2019 | 214<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)212 Response filed by Creditor Bullet & Barrel, LLC, Creditor Melanie Hammer Murray). Hearing scheduled 10/23/2019 at 11:30 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 10/22/2019) |
| 10/22/2019 | 215<br>(3 pgs; 2 docs) | Order on Second Interim Application of Maples Law Firm, PC as Attorney for the Debtor, for Compensation and Reimbursement of Expenses. (Related Doc#151) for Stuart M Maples, Debtor's Attorney, Period: to , Fees awarded: $13985.00, Expenses awarded: $68.40; Awarded on 10/22/2019 Signed on 10/22/2019. (bng) (Entered: 10/22/2019) |
| 10/24/2019 | 217<br>(3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #209; Status Conference. Hearing scheduled 11/20/2019 at 10:00 AM at Huntsville Federal Bldg Huntsville (mmb) (Entered: 10/24/2019) |

| 10/24/2019 | 218<br>(3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #183; Debtor's Objection to Claim # 10 as Amended filed by Melanie Murray in the amount of $700,000.00. Hearing scheduled 01/22/2020 at 10:00 AM at 3rd Floor Courtroom, Decatur, Alabama (mmb) Modified on 10/24/2019 (mmb). (Entered: 10/24/2019) |
|---|---|---|
| 10/24/2019 | 219<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #184; Debtor's Objection to Claim # 11 as Amended filed by Melanie Murray in the amount of $74,599.05) Hearing scheduled 01/22/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/24/2019) |
| 10/24/2019 | 220<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #185; Debtor's Objections to Claim # 11 and 13 as Amended filed by Rhett Murray in the amount of $1,730,000.00) Hearing scheduled 01/22/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/24/2019) |
| 10/24/2019 | 221<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #187; Debtor's Objection to Claim # 14 as Amended filed by Bullet & Barrel, LLC in the amount of $700,000.00) Hearing scheduled 01/22/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/24/2019) |
| 10/24/2019 | 222<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #212; Creditors' Response to Debtor's Objections to Creditors' Proofs of Claim) Hearing scheduled 01/22/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/24/2019) |
| 10/24/2019 | | Corrective Entry - Edited to reflect correct hearing location as Decatur 3rd Floor Courtroom (RE: related document(s)218 Order Rescheduling Hearing). (mmb) (Entered: 10/24/2019) |
| 10/24/2019 | 224<br>(4 pgs; 2 docs) | Order Continuing Confirmation Hearing; Fixing Time for Objecting to Confirmation and time for Filing Acceptances or Rejections of the Plan. Signed on 10/24/2019. Confirmation hearing to be held on 1/22/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 10/24/2019) |
| 10/24/2019 | 225<br>(2 pgs; 2 docs) | Order on Amended Objection to Claim(s) 12 Signed on 10/24/2019 (RE: related document(s)186 Objection to Claim filed by Debtor William Barrier Roberts). (bng) (Entered: 10/24/2019) |
| 10/24/2019 | 226<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)215 Order on Application for Compensation). Notice Date 10/24/2019. (Admin.) (Entered: 10/25/2019) |
| 10/24/2019 | 227<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)214 Notice of Hearing). Notice Date 10/24/2019. (Admin.) (Entered: 10/25/2019) |

| | | |
|---|---|---|
| 10/26/2019 | 228<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)217 Order Rescheduling Hearing). Notice Date 10/26/2019. (Admin.) (Entered: 10/27/2019) |
| 10/26/2019 | 229<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)218 Order Rescheduling Hearing). Notice Date 10/26/2019. (Admin.) (Entered: 10/27/2019) |
| 10/26/2019 | 230<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)224 Order Rescheduling Confirmation Hearing). Notice Date 10/26/2019. (Admin.) (Entered: 10/27/2019) |
| 10/26/2019 | 231<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)225 Order on Objection to Claim(s)). Notice Date 10/26/2019. (Admin.) (Entered: 10/27/2019) |
| 10/28/2019 | 232<br>(8 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period September 2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 10/28/2019) |
| 10/29/2019 | 233<br>(2 pgs) | Chapter 11 Quarterly Fee Statement for Period: 9-30-2019; Fee Amount $325.00 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 10/29/2019) |
| 10/29/2019 | | Receipt of Chapter 11 Quarterly Fee Statement( 18-83442-CRJ11) [misc,qfeerpt] ( 325.00) Filing Fee. Receipt number A24372576. Fee Amount 325.00 (re:Doc# 233) (U.S. Treasury) (Entered: 10/29/2019) |
| 11/07/2019 | 235<br>(3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #131; Motion to Lift Automatic Stay filed by Specialized Loan Servicing, LLC. Hearing scheduled 12/03/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 11/07/2019) |
| 11/07/2019 | 236<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #141; Debtor's Response to Specialized Loan Servicing, LLC's Motion to Lift the Automatic Stay) Hearing scheduled 12/03/2019 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/07/2019) |
| 11/07/2019 | 237<br>(3 pgs; 2 docs) | Notice of Continued/Rescheduled Hearing (RE: Doc #209; Status Conference) Hearing scheduled 11/20/2019 at 11:30 AM at Huntsville Federal Bldg Huntsville. (mmb) (Entered: 11/07/2019) |
| 11/09/2019 | 238<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)235 Order Rescheduling Hearing). Notice Date 11/09/2019. (Admin.) (Entered: 11/10/2019) |
| 11/09/2019 | 239<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)237 Notice of Hearing Continued/Rescheduled). Notice Date 11/09/2019. (Admin.) (Entered: 11/10/2019) |

| 11/21/2019 | 240<br>(4 pgs; 2 docs) | Order Continuing Confirmation Hearing, Related Deadlines, and Objections to Claims. Signed on 11/21/2019. Confirmation hearing to be held on 3/12/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 11/21/2019) |
| 11/21/2019 | 242<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #183; Debtor's Objection to Claim # 10 as Amended filed by Melanie Murray in the amount of $700,000.00) Hearing scheduled 03/12/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/21/2019) |
| 11/21/2019 | 243<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #184; Debtor's Objection to Claim # 11 as Amended filed by Melanie Murray in the amount of $74,599.05) Hearing scheduled 03/12/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/21/2019) |
| 11/21/2019 | 244<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #185; Debtor's Objections to Claim # 11 and 13 as Amended filed by Rhett Murray in the amount of $1,730,000.00) Hearing scheduled 03/12/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/21/2019) |
| 11/21/2019 | 245<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #187; Debtor's Objection to Claim # 14 as Amended filed by Bullet & Barrel, LLC in the amount of $700,000.00) Hearing scheduled 03/12/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/21/2019) |
| 11/21/2019 | 246<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #212; Creditors' Response to Debtor's Objections to Creditors' Proofs of Claim) Hearing scheduled 03/12/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/21/2019) |
| 11/23/2019 | 247<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)240 Order Rescheduling Confirmation Hearing). Notice Date 11/23/2019. (Admin.) (Entered: 11/24/2019) |
| 11/27/2019 | 248<br>(44 pgs) | Third Application for Compensation for Callahan PC, Special Counsel, Period: 8/1/2019 to 10/31/2019, Fee: $36,539.50, Expenses: $1,085.75. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 11/27/2019) |
| 12/02/2019 | 249<br>(3 pgs; 2 docs) | Order Reducing Notice Time and Notice of Hearing Signed on 12/2/2019 (RE: related document(s)248 Application for Compensation filed by Special Counsel Callahan PC). Hearing scheduled 12/19/2019 at 11:30 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/02/2019) |
| 12/04/2019 | 250<br>(3 pgs) | |

| | | |
|---|---|---|
| | | BNC Certificate of Notice (RE: related document(s)249 Order Reducing Notice Time and Notice of Hearing). Notice Date 12/04/2019. (Admin.) (Entered: 12/05/2019) |
| 12/05/2019 | 251 (12 pgs) | Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $181 Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 12/05/2019) |
| 12/05/2019 | | Receipt of Motion to Sell Property Free and Clear of Liens ( 18-83442-CRJ11) [motion,msell] ( 181.00) Filing Fee. Receipt number A24529777. Fee Amount 181.00 (re:Doc# 251) (U.S. Treasury) (Entered: 12/05/2019) |
| 12/05/2019 | 252 (3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)251 Motion to Sell Property Free and Clear of Liens filed by Debtor William Barrier Roberts). Hearing scheduled 12/19/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/05/2019) |
| 12/05/2019 | 254 (3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #131; Motion to Lift Automatic Stay filed by Specialized Loan Servicing, LLC. Hearing scheduled 01/06/2020 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 12/05/2019) |
| 12/05/2019 | 255 (1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #141; Debtor's Response to Specialized Loan Servicing, LLC's Motion to Lift the Automatic Stay) Hearing scheduled 01/06/2020 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 12/05/2019) |
| 12/06/2019 | 256 (3 pgs; 2 docs) | Notice of Continued/Rescheduled Hearing (RE: Doc #248; Third Application for Compensation for Callahan PC, Special Counsel, Period: 8/1/2019 to 10/31/2019, Fee: $36,539.50, Expenses: $1,085.75) Hearing scheduled 12/19/2019 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 12/06/2019) |
| 12/06/2019 | 257 (12 pgs) | Third Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 8/1/2019 to 10/31/2019, Fee: $12447.50, Expenses: $82.35. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 12/06/2019) |
| 12/06/2019 | 258 (7 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period October 2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 12/06/2019) |
| 12/07/2019 | 259 (3 pgs) | BNC Certificate of Notice (RE: related document(s)254 Order Rescheduling Hearing). Notice Date 12/07/2019. (Admin.) (Entered: 12/08/2019) |
| 12/07/2019 | 260 (3 pgs) | BNC Certificate of Notice (RE: related document(s)252 Notice of Hearing). Notice Date 12/07/2019. (Admin.) (Entered: 12/08/2019) |

| | | |
|---|---|---|
| 12/08/2019 | 261<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)256 Notice of Hearing Continued/Rescheduled). Notice Date 12/08/2019. (Admin.) (Entered: 12/08/2019) |
| 12/09/2019 | 262<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)257 Application for Compensation filed by Debtor William Barrier Roberts). Hearing scheduled 1/6/2020 at 02:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/09/2019) |
| 12/09/2019 | 263<br>(8 pgs) | Motion to Sell Property Free and Clear of Liens under Section 363(f) *Thirty-Three and One-Third Percent Membership Interest in RBO, LLC* Fee Amount $181 Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 12/09/2019) |
| 12/09/2019 | | Receipt of Motion to Sell Property Free and Clear of Liens ( 18-83442-CRJ11) [motion,msell] ( 181.00) Filing Fee. Receipt number A24544778. Fee Amount 181.00 (re:Doc# 263) (U.S. Treasury) (Entered: 12/09/2019) |
| 12/09/2019 | 264<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)263 Motion to Sell Property Free and Clear of Liens filed by Debtor William Barrier Roberts). Hearing scheduled 12/19/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/09/2019) |
| 12/09/2019 | 265<br>(5 pgs) | Amended Debtor's Objection to Claim # 10 of Melanie Murray in the amount of $$700,000.00 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 12/09/2019) |
| 12/09/2019 | 266<br>(5 pgs) | Amended Debtor's Objection to Claim # 14 of Bullet & Barrel, LLC in the amount of $700,000.00 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 12/09/2019) |
| 12/10/2019 | 267 | Hearing Scheduled (RE: related document(s)265 Objection to Claim filed by Debtor William Barrier Roberts, 266 Objection to Claim filed by Debtor William Barrier Roberts). Hearing scheduled 3/12/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/10/2019) |
| 12/11/2019 | 268<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)262 Notice of Hearing). Notice Date 12/11/2019. (Admin.) (Entered: 12/12/2019) |
| 12/11/2019 | 269<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)264 Notice of Hearing). Notice Date 12/11/2019. (Admin.) (Entered: 12/12/2019) |
| 12/12/2019 | | |

| | 270<br>(10 pgs) | Response to (Re Item: 251 Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $181 filed by Debtor William Barrier Roberts) Filed by Creditor SmartBank (Little, Justin) (Entered: 12/12/2019) |
|---|---|---|
| 12/13/2019 | 271<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)270 Response filed by Creditor SmartBank). Hearing scheduled 12/19/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/13/2019) |
| 12/13/2019 | 272<br>(2 pgs) | Response to (Re Item: 251 Motion to Sell Property Free and Clear of Liens under Section 363(f) Fee Amount $181 filed by Debtor William Barrier Roberts) Filed by Creditor SPECIALIZED LOAN SERVICING LLC (Eberhardt, Evan) (Entered: 12/13/2019) |
| 12/13/2019 | 273<br>(3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)272 Response filed by Creditor SPECIALIZED LOAN SERVICING LLC). Hearing scheduled 12/19/2019 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 12/13/2019) |
| 12/15/2019 | 274<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)271 Notice of Hearing). Notice Date 12/15/2019. (Admin.) (Entered: 12/16/2019) |
| 12/15/2019 | 275<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)273 Notice of Hearing). Notice Date 12/15/2019. (Admin.) (Entered: 12/16/2019) |
| 12/17/2019 | 276<br>(2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s) 248 Third Application for Compensation for Callahan PC, Special Counsel, Period: 8/1/2019 to 10/31/2019, Fee: $36,539.50, Expenses: $1,085.75. Filed by Attorney Stuart M Maples filed by Special Counsel Callahan PC). (Blythe, Richard) (Entered: 12/17/2019) |
| 12/20/2019 | 280<br>(3 pgs; 2 docs) | Order Approving Third Interim Application For Compensation (Related Doc#248) for Callahan PC, Special Counsel, Period: to , Fees awarded: $36539.50, Expenses awarded: $1085.75; Awarded on 12/20/2019 Signed on 12/20/2019. (dwh) (Entered: 12/20/2019) |
| 12/22/2019 | 281<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)280 Order on Application for Compensation filed by Special Counsel Callahan PC). Notice Date 12/22/2019. (Admin.) (Entered: 12/22/2019) |
| 12/30/2019 | 282<br>(2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy |

| | | |
|---|---|---|
| | | Administrator Richard M Blythe (RE: related document(s) 257 Third Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 8/1/2019 to 10/31/2019, Fee: $12447.50, Expenses: $82.35. Filed by Attorney Stuart M Maples filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 12/30/2019) |
| 01/02/2020 | 283 (4 pgs; 2 docs) | Order on Emergency Motion for Authority to Sell Debtor's Thirty-Three and One-Third Percent Membership Interest in RBO, LLC (Related Doc # 263) Signed on 1/2/2020. (bng) (Entered: 01/02/2020) |
| 01/04/2020 | 284 (4 pgs) | BNC Certificate of Notice (RE: related document(s)283 Order on Motion To Sell Property Free and Clear of Liens). Notice Date 01/04/2020. (Admin.) (Entered: 01/04/2020) |
| 01/07/2020 | 286 (3 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #131; Motion to Lift Automatic Stay filed by Specialized Loan Servicing, LLC. Hearing scheduled 01/27/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 01/07/2020) |
| 01/07/2020 | 287 (1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #141; Debtor's Response to Specialized Loan Servicing, LLC's Motion to Lift the Automatic Stay) Hearing scheduled 01/27/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 01/07/2020) |
| 01/08/2020 | 288 (3 pgs; 2 docs) | Order Approving Application For Compensation (Related Doc#257) for Stuart M Maples, Special Counsel, Period: to , Fees awarded: $12447.50, Expenses awarded: $82.35; Awarded on 1/8/2020 Signed on 1/8/2020. (bng) (Entered: 01/08/2020) |
| 01/09/2020 | 289 (3 pgs) | BNC Certificate of Notice (RE: related document(s)286 Order Rescheduling Hearing). Notice Date 01/09/2020. (Admin.) (Entered: 01/10/2020) |
| 01/10/2020 | 290 (3 pgs) | BNC Certificate of Notice (RE: related document(s)288 Order on Application for Compensation). Notice Date 01/10/2020. (Admin.) (Entered: 01/11/2020) |
| 01/15/2020 | 291 (5 pgs; 2 docs) | Order Approving Motion To Sell Property Free and Clear of Liens (Related Doc # 251) Signed on 1/15/2020. (bng) (Entered: 01/15/2020) |
| 01/17/2020 | 292 (3 pgs) | Motion for Payment (related document(s) 283) *Motion to Authorize Distribution of Payment of Professional Fees from Debtor's Thirty-Three and One-Third Percent Membership Interest in RBO, LLC* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 01/17/2020) |
| 01/17/2020 | 293 (5 pgs) | |

| | | |
|---|---|---|
| | | BNC Certificate of Notice (RE: related document(s)291 Order on Motion To Sell Property Free and Clear of Liens). Notice Date 01/17/2020. (Admin.) (Entered: 01/18/2020) |
| 01/21/2020 | 294 (3 pgs; 2 docs) | Notice of Hearing on (RE: related document(s)292 Motion for Payment filed by Debtor William Barrier Roberts). Hearing scheduled 1/27/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 01/21/2020) |
| 01/23/2020 | 295 (3 pgs) | BNC Certificate of Notice (RE: related document(s)294 Notice of Hearing). Notice Date 01/23/2020. (Admin.) (Entered: 01/24/2020) |
| 01/27/2020 | 297 (3 pgs; 2 docs) | Order Denying Motion For Relief From Stay (Related Doc # 131) Signed on 1/27/2020. (bng) (Entered: 01/27/2020) |
| 01/29/2020 | 298 (3 pgs) | BNC Certificate of Notice (RE: related document(s)297 Order on Motion For Relief From Stay). Notice Date 01/29/2020. (Admin.) (Entered: 01/29/2020) |
| 01/30/2020 | 299 (3 pgs; 2 docs) | Order on Motion to Authorize Distribution of Payment of Professional Fees From Debtor's Thirty Three and One-Third Percent Membership Interest in RBO, LLC Signed on 1/30/2020 (RE: related document(s)292 Motion for Payment filed by Debtor William Barrier Roberts). (bng) (Entered: 01/30/2020) |
| 02/01/2020 | 300 (3 pgs) | BNC Certificate of Notice (RE: related document(s)299 Order Approving). Notice Date 02/01/2020. (Admin.) (Entered: 02/01/2020) |
| 02/14/2020 | 301 (7 pgs) | Chapter 11 Monthly Operating Report for Filing Period November 2019 Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 02/14/2020) |
| 02/24/2020 | 302 (1 pg) | Chapter 11 Ballots Filed by American Express National Bank c/o Becket & Lee LLP . (scm) (Entered: 02/24/2020) |
| 02/24/2020 | 303 (2 pgs; 2 docs) | Order on Objection to Claim(s) 11 Signed on 2/24/2020 (RE: related document(s)185 Objection to Claim filed by Debtor William Barrier Roberts). (ksv) (Entered: 02/24/2020) |
| 02/26/2020 | 304 (3 pgs) | BNC Certificate of Notice (RE: related document(s)303 Order on Objection to Claim(s)). Notice Date 02/26/2020. (Admin.) (Entered: 02/27/2020) |
| 02/27/2020 | 305 (2 pgs) | Motion to Continue Hearing On (related documents 240 Order Rescheduling Confirmation Hearing) *Motion to Continue Confirmation Hearing and All Associated Deadlines* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 02/27/2020) |
| | | |

| 02/28/2020 | 306<br>(2 pgs; 2 docs) | Order Scheduling Telephonic Hearing on Motion to Continue Confirmation Hearing and All Associated Deadlines Signed on 2/28/2020 (RE: related document(s)305 Motion to Continue Hearing filed by Debtor William Barrier Roberts). Hearing scheduled 3/2/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 02/28/2020) |
| 02/28/2020 | 307<br>(3 pgs) | Supplement Filed by Debtor William Barrier Roberts (RE: related document(s)305 Motion to Continue Hearing On (related documents 240 Order Rescheduling Confirmation Hearing) *Motion to Continue Confirmation Hearing and All Associated Deadlines*). (Maples, Stuart) (Entered: 02/28/2020) |
| 03/01/2020 | 308<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)306 Notice and Order). Notice Date 03/01/2020. (Admin.) (Entered: 03/02/2020) |
| 03/02/2020 | 310<br>(4 pgs; 2 docs) | Order Continuing Confirmation Hearing and Related Deadlines and Extending time for Objecting to Confirmation and Time for Filing Acceptances or Rejections of the Plan. Signed on 3/2/2020 (RE: related document(s)305 Motion to Continue Hearing filed by Debtor William Barrier Roberts). Hearing scheduled 5/21/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng). Related document(s) 203 Amended Chapter 11 Plan filed by Debtor William Barrier Roberts. Modified on 3/3/2020 (mmb). (Entered: 03/02/2020) |
| 03/02/2020 | 311 | Status Conference. (RE: related document(s)310 Order and Notice of Hearing). Hearing scheduled 4/20/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 03/02/2020) |
| 03/04/2020 | 312<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #265; Amended Debtor's Objection to Claim # 10 of Melanie Murray in the amount of $$700,000.00) Hearing scheduled 05/21/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 03/04/2020) |
| 03/04/2020 | 313<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #212; Creditors' Response to Debtor's Objections to Creditors' Proofs of Claim) Hearing scheduled 05/21/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 03/04/2020) |
| 03/04/2020 | 314<br>(1 pg) | Courtroom Notes Continuing/Rescheduling (RE: Doc #266; Amended Debtor's Objection to Claim # 14 of Bullet & Barrel, LLC in the amount of $700,000.00) Hearing scheduled 05/21/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 03/04/2020) |
| 03/04/2020 | 315<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)310 Order and Notice of Hearing). Notice Date 03/04/2020. (Admin.) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/05/2020 | 316<br>(4 pgs) | Certificate of Mailing Filed by Debtor William Barrier Roberts (RE: related document(s)310 Order and Notice of Hearing). (Maples, Stuart) (Entered: 03/05/2020) |
| 03/24/2020 | 317<br>(1 pg) | Chapter 11 Ballots Filed by Citibank. (bng) (Entered: 03/24/2020) |
| 03/24/2020 | 318<br>(1 pg) | Chapter 11 Ballots Filed by Citibank . (bng) (Entered: 03/24/2020) |
| 04/03/2020 | 319<br>(77 pgs; 6 docs) | Motion for Relief from Stay , Fee Amount $181, Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray (Attachments: # 1 Exhibit A to Motion for Relief # 2 Affidavit Murray Declaration # 3 Exhibit A to Murray Declaration # 4 Exhibit B to Murray Declaration # 5 Exhibit C to Murray Declaration) (Pereyda, Christian) (Entered: 04/03/2020) |
| 04/03/2020 | | Receipt of Motion for Relief from Stay( 18-83442-CRJ11) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A25026467. Fee Amount 181.00 (re:Doc# 319) (U.S. Treasury) (Entered: 04/03/2020) |
| 04/03/2020 | 320<br>(6 pgs; 2 docs) | Motion to Expedite Hearing (related documents 319 Motion for Relief from Stay) *Requesting Hearing on April 8, 2020, at 10:00 a.m. and Objection Deadline on April 5, 2020, at 5:00 p.m.* Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray (Attachments: # 1 Proposed Order) (Pereyda, Christian) (Entered: 04/03/2020) |
| 04/03/2020 | 321<br>(3 pgs) | Notice of Appearance and Request for Notice by Andrew J. Shaver Filed by Creditor Shannan League Roberts. (Shaver, Andrew) (Entered: 04/03/2020) |
| 04/06/2020 | 322<br>(2 pgs; 2 docs) | Order Scheduling Telephonic Hearing on Emergency Motion for Relief from the Automatic Stay (Related Doc # 320) Signed on 4/6/2020. Hearing to be held on 4/20/2020 at 11:00 AM 3rd Floor Courtroom (CRJ) Decatur for 319, (scm) (Entered: 04/06/2020) |
| 04/06/2020 | 323<br>(6 pgs) | Certificate of Service Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray (RE: related document(s)319 Motion for Relief from Stay , Fee Amount $181,, 322 Order on Motion to Expedite Hearing). (Pereyda, Christian) (Entered: 04/06/2020) |
| 04/08/2020 | 324<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)322 Order on Motion to Expedite Hearing). Notice Date 04/08/2020. (Admin.) (Entered: 04/09/2020) |
| 04/10/2020 | 325<br>(2 pgs) | Motion to Withdraw as Attorney Filed by Creditor Shannan League Roberts (Gray, Kevin) (Entered: 04/10/2020) |

| 04/10/2020 | 326<br>(2 pgs) | Motion to Withdraw as Attorney Filed by Creditor Charlotte Bentley Schlittler (Gray, Kevin) (Entered: 04/10/2020) |
|---|---|---|
| 04/13/2020 | 327<br>(2 pgs; 2 docs) | Order Approving Motion To Withdraw Kevin Gray as Attorney for Charlotte Bentley Schittler (Related Doc # 326) Signed on 4/13/2020. (scm) (Entered: 04/13/2020) |
| 04/13/2020 | 328<br>(2 pgs; 2 docs) | Order Approving Motion To Withdraw Kevin Gray, Esq., As Attorney for Shannon League Roberts (Related Doc # 325) Signed on 4/13/2020. (scm) (Entered: 04/13/2020) |
| 04/15/2020 | 329<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)327 Order on Motion to Withdraw as Attorney). Notice Date 04/15/2020. (Admin.) (Entered: 04/16/2020) |
| 04/15/2020 | 330<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)328 Order on Motion to Withdraw as Attorney). Notice Date 04/15/2020. (Admin.) (Entered: 04/16/2020) |
| 04/16/2020 | 331<br>(6 pgs) | Response to (Re Item: 319 Motion for Relief from Stay , Fee Amount $181, filed by Creditor Bullet & Barrel, LLC, Creditor Melanie Hammer Murray) Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 04/16/2020) |
| 04/17/2020 | 332 | Hearing Scheduled (RE: related document(s)331 Response filed by Debtor William Barrier Roberts). Hearing scheduled 4/20/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 04/17/2020) |
| 04/17/2020 | 333<br>(24 pgs; 5 docs) | Reply to (Re Item: 331) *Response to Emergency Motion for Relief from the Automatic Stay* Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray (Attachments: # 1 Affidavit Declaration of Bryan Patterson # 2 Exhibit A to Patterson Declaration # 3 Exhibit B to Patterson Declaration # 4 Exhibit C to Patterson Declaration) (Pereyda, Christian) (Entered: 04/17/2020) |
| 04/20/2020 | 334 | Hearing Scheduled (RE: related document(s)333 Reply filed by Creditor Bullet & Barrel, LLC, Creditor Melanie Hammer Murray). Hearing scheduled 4/20/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 04/20/2020) |
| 04/20/2020 | 335<br>(3 pgs; 2 docs) | Order Requiring Disclosure of Inheritance Signed on 4/20/2020. (bng) (Entered: 04/20/2020) |
| 04/20/2020 | 336<br>(4 pgs; 2 docs) | Order Continuing Confirmation Hearing and Related Deadlines and Extending Time for Objecting to confirmation and time for filing acceptances or rejections of the Plan an Signed on 4/20/2020. Status hearing to be held on 7/14/2020 at 02:00 PM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 04/20/2020) |
| 04/20/2020 | 337 | |

| | | |
|---|---|---|
| | | Hearing Scheduled (RE: related document(s)336 Order and Notice of Status Conference). Hearing scheduled 7/20/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 04/20/2020) |
| 04/22/2020 | 339 | **DOCKETED IN ERROR - Incorrect pdf of Order attached**Order Rescheduling Hearing RE: Doc #319; Emergency Motion for Relief from the Automatic Stay filed by Melanie Hammer Murray and Bullet & Barrel, LLC. Hearing scheduled 05/12/2020 at 02:00 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) Modified on 4/22/2020 (mmb). (Entered: 04/22/2020) |
| 04/22/2020 | 340 (2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #331; Debtor's Response to Motion for Relief from Stay) Hearing scheduled 05/12/2020 at 02:00 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 04/22/2020) |
| 04/22/2020 | 341 (2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #333; Reply by Melanie Murray and Bullet & Barrel to Debtor's Response to Motion for Relief from Stay) Hearing scheduled 05/12/2020 at 02:00 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 04/22/2020) |
| 04/22/2020 | 342 (2 pgs) | **DOCKETED IN ERROR - Docketed in duplicate in error** Courtroom Notes Continuing/Rescheduling (RE: Doc #333; Reply by Melanie Murray and Bullet & Barrel to Debtor's Response to Motion for Relief from Stay) Hearing scheduled 05/12/2020 at 02:00 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) Modified on 4/22/2020 (mmb). (Entered: 04/22/2020) |
| 04/22/2020 | | Corrective Entry Incorrect pdf attached. Order will be re-docketed. BNC notice stopped. (RE: related document(s)339 Order Rescheduling Hearing). (mmb) (Entered: 04/22/2020) |
| 04/22/2020 | 343 (3 pgs; 2 docs) | Order Rescheduling Hearing Hearing scheduled 05/12/2020 at 02:00 PM at Decatur 3rd Floor (CRJ) Decatur. Signed on 4/22/2020 (RE: related document(s)319 Motion for Relief from Stay filed by Creditor Bullet & Barrel, LLC, Creditor Melanie Hammer Murray). (mmb) (Entered: 04/22/2020) |
| 04/22/2020 | 344 (12 pgs) | Fourth Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 11/1/2019 to 1/30/2020, Fee: $12092.50, Expenses: $0.00. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 04/22/2020) |
| 04/22/2020 | 345 (3 pgs) | BNC Certificate of Notice (RE: related document(s)335 Order Approving). Notice Date 04/22/2020. (Admin.) (Entered: 04/22/2020) |
| 04/22/2020 | 346 (4 pgs) | |

| | | BNC Certificate of Notice (RE: related document(s)336 Order and Notice of Status Conference). Notice Date 04/22/2020. (Admin.) (Entered: 04/22/2020) |
|---|---|---|
| 04/23/2020 | 347 (3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s) 344 Application for Compensation filed by Debtor William Barrier Roberts). Hearing scheduled 5/27/2020 at 11:00 AM. (bng) (Entered: 04/23/2020) |
| 04/24/2020 | 348 (4 pgs) | BNC Certificate of Notice (RE: related document(s)343 Order (Generic)). Notice Date 04/24/2020. (Admin.) (Entered: 04/24/2020) |
| 04/25/2020 | 349 (3 pgs) | BNC Certificate of Notice (RE: related document(s)347 Notice of Telephonic Hearing). Notice Date 04/25/2020. (Admin.) (Entered: 04/25/2020) |
| 05/11/2020 | 350 (4 pgs) | Statement *Debtor's Disclosure of Inheritance* Filed by Debtor William Barrier Roberts (RE: related document(s)335 Order Approving). (Maples, Stuart) (Entered: 05/11/2020) |
| 05/13/2020 | 352 (3 pgs; 2 docs) | Order on Emergency Motion For Relief From Stay (Related Doc # 319) Signed on 5/13/2020. (bng) (Entered: 05/13/2020) |
| 05/13/2020 | 353 (4 pgs; 2 docs) | Order Scheduling Telephonic Confirmation Hearing and Related Deadlines and Fixing Time for Objecting to Confirmation and Time for Filing Acceptances or Rejections of the Plan. Signed on 5/13/2020. Hearing scheduled 6/22/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 05/13/2020) |
| 05/15/2020 | 354 (4 pgs) | BNC Certificate of Notice (RE: related document(s)353 Order and Notice of Hearing). Notice Date 05/15/2020. (Admin.) (Entered: 05/15/2020) |
| 05/15/2020 | 355 (3 pgs) | BNC Certificate of Notice (RE: related document(s)352 Order on Motion For Relief From Stay). Notice Date 05/15/2020. (Admin.) (Entered: 05/15/2020) |
| 05/18/2020 | 356 (1 pg) | Withdrawal of Claims: 10 Filed by Creditor Melanie Hammer Murray. (Pereyda, Christian) (Entered: 05/18/2020) |
| 05/18/2020 | 357 (1 pg) | Withdrawal of Claims: 14 Filed by Creditor Bullet & Barrel, LLC. (Pereyda, Christian) (Entered: 05/18/2020) |
| 05/20/2020 | 358 (2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending Approval* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s) 344 Fourth Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 11/1/2019 to 1/30/2020, Fee: $12092.50, Expenses: $0.00. Filed by Attorney Stuart M |

| | | Maples filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 05/20/2020) |
|---|---|---|
| 05/28/2020 | 360 (3 pgs; 2 docs) | Order Approving Application For Compensation (Related Doc#344) for Stuart M Maples, Debtor's Attorney, Period: to , Fees awarded: $12092.50, Expenses awarded: $0.00; Awarded on 5/28/2020 Signed on 5/28/2020. (bng) (Entered: 05/28/2020) |
| 05/30/2020 | 361 (3 pgs) | BNC Certificate of Notice (RE: related document(s)360 Order on Application for Compensation filed by Attorney Stuart M Maples). Notice Date 05/30/2020. (Admin.) (Entered: 05/30/2020) |
| 06/05/2020 | 362 (101 pgs) | Motion to Reject Lease or Executory Contract *Debtor's Motion for Entry of Order Authorizing Rejection of Certain Executory Contracts and Pre-Confirmation Modification of Plan* Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 06/05/2020) |
| 06/05/2020 | 363 (2 pgs) | Motion to Convert Case to Chapter 7 . Fee Amount $15 Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 06/05/2020) |
| 06/05/2020 | | Receipt of Motion to Convert Case to Chapter 7( 18-83442-CRJ11) [motion,mcnv7] ( 15.00) Filing Fee. Receipt number A25242857. Fee Amount 15.00 (re:Doc# 363) (U.S. Treasury) (Entered: 06/05/2020) |
| 06/05/2020 | 364 (3 pgs; 2 docs) | Order Reducing Notice Time and Telephonic Notice of Hearing Signed on 6/5/2020 (RE: related document(s)362 Motion to Reject Lease or Executory Contract filed by Debtor William Barrier Roberts, 363 Motion to Convert Case to Chapter 7 filed by Debtor William Barrier Roberts). Hearing scheduled 6/22/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 06/05/2020) |
| 06/07/2020 | 365 (3 pgs) | BNC Certificate of Notice (RE: related document(s)364 Order Reducing Notice Time and Notice of Hearing). Notice Date 06/07/2020. (Admin.) (Entered: 06/07/2020) |
| 06/16/2020 | 366 (4 pgs) | Report to Court *Notice of Death of Debtor and Motion to Allow the Case to Proceed to Confirmation* Filed by Debtor William Barrier Roberts. (Maples, Stuart) (Entered: 06/16/2020) |
| 06/16/2020 | 367 (3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s) 366 Report to Court filed by Debtor William Barrier Roberts). Hearing scheduled 6/22/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 06/16/2020) |
| 06/16/2020 | 368 (2 pgs) | Summary of Ballots Filed by Debtor William Barrier Roberts (RE: related document(s)353 Order Scheduling Telephonic |

| | | |
|---|---|---|
| | | Confirmation Hearing and Related Deadlines and Fixing Time for Objecting to Confirmation and Time for Filing Acceptances or Rejections of the Plan. Signed on 5/13/2020. Hearing scheduled 6/22/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng)). (Maples, Stuart) (Entered: 06/16/2020) |
| 06/16/2020 | 369 (9 pgs) | Memorandum *Memorandum in Support of Confirmation* Filed by Debtor William Barrier Roberts (RE: related document(s)353 Order and Notice of Hearing). (Maples, Stuart) (Entered: 06/16/2020) |
| 06/18/2020 | 370 (3 pgs) | BNC Certificate of Notice (RE: related document(s)367 Notice of Telephonic Hearing). Notice Date 06/18/2020. (Admin.) (Entered: 06/18/2020) |
| 06/19/2020 | 371 (127 pgs; 4 docs) | Response to (Re Item: 203 Amended Chapter 11 Plan filed by Debtor William Barrier Roberts, 356 Withdrawal of Claim filed by Creditor Melanie Hammer Murray, 357 Withdrawal of Claim filed by Creditor Bullet & Barrel, LLC, 362 Motion to Reject Lease or Executory Contract *Debtor's Motion for Entry of Order Authorizing Rejection of Certain Executory Contracts and Pre-Confirmation Modification of Plan* filed by Debtor William Barrier Roberts, 363 Motion to Convert Case to Chapter 7 . Fee Amount $15 filed by Debtor William Barrier Roberts, 366 Report to Court filed by Debtor William Barrier Roberts, 369 Memorandum filed by Debtor William Barrier Roberts) *Motion to Withdraw Pending Motions to Withdraw Claims, Motion to Extend Deadline to Object to Confirmation; Objection to Confirmation, Objection to Motion to Reject Executory Contracts, Limited Objection to Motion to Convert to Chapter 7, and Motion to Dismiss Chapter 11 Case* Filed by Creditors Bullet & Barrel, LLC, Melanie Hammer Murray (Attachments: # 1 Affidavit Murray Declaration # 2 Exhibit Exhibit A to Murray Declaration # 3 Exhibit Exhibit B to Murray Declaration) (Pereyda, Christian) (Entered: 06/19/2020) |
| 06/22/2020 | 372 (2 pgs) | Response to (Re Item: 366 Report to Court filed by Debtor William Barrier Roberts) Filed by Creditors Shannan League Roberts, Charlotte Bentley Schlittler (Shaver, Andrew) (Entered: 06/22/2020) |
| 06/22/2020 | 373 (3 pgs; 2 docs) | Order Approving Withdrawal Signed on 6/22/2020 (RE: related document(s)366 Report to Court filed by Debtor William Barrier Roberts). (bng) (Entered: 06/22/2020) |
| 06/22/2020 | 374 (3 pgs; 2 docs) | Order Mooting Motion To Reject Lease or Executory Contract (Related Doc # 362) Signed on 6/22/2020. (bng) (Entered: 06/22/2020) |
| 06/22/2020 | 375 (5 pgs; 3 docs) | Order Approving Motion to Convert Case to Chapter 7 (Related Doc # 363) Trustee Tazewell Shepard added to the case. Signed on 6/22/2020. 341(a) meeting to be held on |

| | | |
|---|---|---|
| | | 07/31/2020 at 10:45 AM at 100 Northside Square 6th Floor Rm 616 Huntsville (Ch 7). Last day to oppose discharge or dischargeability is 9/29/2020.Proofs of Claims due by 8/31/2020.Government Proof of Claim due by 12/21/2020. (bng) (Entered: 06/22/2020) |
| 06/22/2020 | 376 (2 pgs; 2 docs) | Order Appointing Trustee. Tazewell Shepard added to the case. Signed on 6/22/2020. (bng) (Entered: 06/22/2020) |
| 06/22/2020 | 377 (3 pgs; 2 docs) | Order Approving Motion to Convert Case to Chapter 7. Order entered to serve all parties. Signed on 6/22/2020 (RE: related document(s)363 Motion to Convert Case to Chapter 7 filed by Debtor William Barrier Roberts). (bng) (Entered: 06/23/2020) |
| 06/23/2020 | | Corrective Entry**Order did not go out to all parties** (RE: related document(s)375 Order on Motion to Convert Case to Chapter 7). (bng) (Entered: 06/23/2020) |
| 06/23/2020 | 378 (4 pgs; 2 docs) | Amended Meeting of Creditors 341(a) meeting to be held on 7/31/2020 at 10:45 AM at 100 Northside Square 6th Floor Rm 616 Huntsville (Ch 7).Financial Management Course due:9/29/2020. Last day to oppose discharge or dischargeability is 9/29/2020.Proofs of Claims due by 8/31/2020.Government Proof of Claim due by 12/21/2020. (bng) (Entered: 06/23/2020) |
| 06/23/2020 | 380 (4 pgs; 2 docs) | Application to Employ Sparkman Shepard & Morris PC as Attorney Filed by Trustee Tazewell Shepard (Attachments: # 1 Exhibit "A" Attorney Qualifications) (Morris, Kevin) (Entered: 06/23/2020) |
| 06/23/2020 | 381 (3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s) 380 Application to Employ filed by Trustee Tazewell Shepard). Hearing scheduled 7/14/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 06/23/2020) |
| 06/24/2020 | 382 (5 pgs) | BNC Certificate of Notice (RE: related document(s)375 Order on Motion to Convert Case to Chapter 7). Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 383 (3 pgs) | BNC Certificate of Notice (RE: related document(s)374 Order on Motion to Reject Lease or Executory Contract). Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/24/2020 | 384 (3 pgs) | BNC Certificate of Notice (RE: related document(s)373 Order Approving). Notice Date 06/24/2020. (Admin.) (Entered: 06/24/2020) |
| 06/25/2020 | 385 (5 pgs) | BNC Certificate of Notice (RE: related document(s)378 Meeting of Creditors Chapter 7 Asset). Notice Date 06/25/2020. (Admin.) (Entered: 06/25/2020) |
| | | |

| 06/25/2020 | 386<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)377 Order (Generic)). Notice Date 06/25/2020. (Admin.) (Entered: 06/25/2020) |
| 06/25/2020 | 387<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)381 Notice of Telephonic Hearing). Notice Date 06/25/2020. (Admin.) (Entered: 06/25/2020) |
| 07/08/2020 | 388<br>(2 pgs) | Bankruptcy Administrator's Recommendation *Approving* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)380 Application to Employ Sparkman Shepard & Morris PC as Attorney Filed by Trustee Tazewell Shepard (Attachments: # 1 Exhibit "A" Attorney Qualifications) filed by Trustee Tazewell Shepard). (Blythe, Richard) (Entered: 07/08/2020) |
| 07/13/2020 | 389<br>(3 pgs) | Motion to Compel *Turnover of Documents and Information* Filed by Trustee Tazewell Shepard (Morris, Kevin) (Entered: 07/13/2020) |
| 07/14/2020 | 391<br>(4 pgs; 2 docs) | Order to Show Cause Why Counsel for the Debtor and the Personal Representative of the Debtor's Probate Estate Should Not Be Held in Contempt and Sanctions Imposed for Failure to Turnover Documents and Recorded Information to the Chapter 7 Trustee. Signed on 7/14/2020. Hearing scheduled 7/27/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 07/14/2020) |
| 07/14/2020 | 392<br>(3 pgs; 2 docs) | Order on Trustee's Application to Employ Sparkman, Shepard & Morris, P.C. (Related Doc # 380) Signed on 7/14/2020. (bng) (Entered: 07/14/2020) |
| 07/14/2020 | 393<br>(1 pg) | Certificate of Service Filed by Trustee Tazewell Shepard (RE: related document(s)391 Order to Show Cause Why Counsel for the Debtor and the Personal Representative of the Debtor's Probate Estate Should Not Be Held in Contempt and Sanctions Imposed for Failure to Turnover Documents and Recorded Information to the Chapter 7 Trustee. Signed on 7/14/2020. Hearing scheduled 7/27/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng)). (Shepard, Tazewell) (Entered: 07/14/2020) |
| 07/16/2020 | 394<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)391 Order to Show Cause). Notice Date 07/16/2020. (Entered: 07/16/2020) |
| 07/16/2020 | 395<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)392 Order on Application to Employ). Notice Date 07/16/2020. (Admin.) (Entered: 07/16/2020) |
| 07/21/2020 | 396<br>(3 pgs; 2 docs) | Notice of Telephonic 341 Meeting Filed by Trustee Tazewell Shepard. (Shepard, Tazewell) (Entered: 07/21/2020) |

| 07/22/2020 | 397<br>(1 pg) | Trustee's Report of Initial Deposit Filed by Trustee Tazewell Shepard. (Shepard, Tazewell) (Entered: 07/22/2020) |
| 07/22/2020 | 398<br>(1 pg) | Notice of Appearance and Request for Notice by Tazewell Taylor Shepard IV Filed by Trustee Tazewell Shepard. (Shepard, Tazewell) (Entered: 07/22/2020) |
| 07/23/2020 | 399<br>(3 pgs) | Response to (Re Item: 391 Order to Show Cause) Filed by Debtor William Barrier Roberts (Maples, Stuart) (Entered: 07/23/2020) |
| 07/23/2020 | 400<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)396 Notice of Telephonic 341 Meeting filed by Trustee Tazewell Shepard). Notice Date 07/23/2020. (Admin.) (Entered: 07/23/2020) |
| 07/24/2020 | 401 | Hearing Scheduled (RE: related document(s)399 Response filed by Debtor William Barrier Roberts). Hearing scheduled 7/27/2020 at 11:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 07/24/2020) |
| 07/25/2020 | 402<br>(2 pgs) | Notice of Appearance and Request for Notice by Kevin D. Heard Filed by Interested Party Owen Roberts. (Heard, Kevin) (Entered: 07/25/2020) |
| 07/27/2020 | 404<br>(4 pgs; 2 docs) | Order Rescheduling Hearing RE: Doc #391; Order to Show Cause Why Counsel for the Debtor and the Personal Representative of the Debtor's Probate Estate Should Not Be Held in Contempt and Sanctions Imposed for Failure to Turnover Documents and Recorded Information to the Trustee. Hearing scheduled 08/10/2020 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur (mmb) (Entered: 07/27/2020) |
| 07/27/2020 | 405<br>(2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #399; Debtor's Response to Order to Show Cause) Hearing scheduled 08/10/2020 at 02:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 07/27/2020) |
| 07/28/2020 | 406<br>(4 pgs; 2 docs) | Order for Turnover of Records and Property of the Estate Pursuant to 11 U.S.C. 543. Signed on 7/28/2020. (bng) (Entered: 07/28/2020) |
| 07/28/2020 | 407<br>(1 pg) | Certificate of Service Filed by Trustee Tazewell Shepard (RE: related document(s)406 Order Approving). (Shepard, Tazewell) (Entered: 07/28/2020) |
| 07/29/2020 | 408<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)404 Order Rescheduling Hearing). Notice Date 07/29/2020. (Admin.) (Entered: 07/29/2020) |
| 07/30/2020 | 409<br>(5 pgs) | |

| | | |
|---|---|---|
| | | BNC Certificate of Notice (RE: related document(s)406 Order Approving). Notice Date 07/30/2020. (Admin.) (Entered: 07/30/2020) |
| 07/31/2020 | 410 (4 pgs; 2 docs) | Order Mooting Debtor's Objections to Remaining Claims. Signed on 7/31/2020 (RE: related document(s)183 Objection to Claim filed by Debtor William Barrier Roberts, 187 Objection to Claim filed by Debtor William Barrier Roberts, 265 Objection to Claim filed by Debtor William Barrier Roberts, 266 Objection to Claim filed by Debtor William Barrier Roberts). (bng) (Entered: 07/31/2020) |
| 08/02/2020 | 411 (5 pgs) | BNC Certificate of Notice (RE: related document(s)410 Order on Objection to Claim(s)). Notice Date 08/02/2020. (Admin.) (Entered: 08/02/2020) |
| 08/04/2020 | 412 (3 pgs) | Motion for 2004 Examination Filed by Trustee Tazewell Shepard (Shepard, Tazewell) (Entered: 08/04/2020) |
| 08/04/2020 | 413 (3 pgs; 2 docs) | Order Approving Motion for Examination(Related Doc # 412) Signed on 8/4/2020. (bng) (Entered: 08/04/2020) |
| 08/06/2020 | 414 (4 pgs) | BNC Certificate of Notice (RE: related document(s)413 Order on Motion for Examination). Notice Date 08/06/2020. (Admin.) (Entered: 08/06/2020) |
| 08/11/2020 | 416 (3 pgs; 2 docs) | Order Vacating The Order to Show Cause Why Counsel for the Debtor Should Not Be Held in Contempt Signed on 8/11/2020 (RE: related document(s)391 Order to Show Cause, 399 Response filed by Debtor William Barrier Roberts). (bng) (Entered: 08/11/2020) |
| 08/13/2020 | 417 (4 pgs) | BNC Certificate of Notice (RE: related document(s)416 Order Approving). Notice Date 08/13/2020. (Admin.) (Entered: 08/13/2020) |
| 09/10/2020 | 418 (15 pgs) | Final Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 2/1/2020 to 7/31/2020, Fee: $33482.50, Expenses: $15.00. Filed by Attorney Stuart M Maples (Maples, Stuart) (Entered: 09/10/2020) |
| 09/10/2020 | 419 (3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s)418 Application for Compensation filed by Debtor William Barrier Roberts). Hearing scheduled 10/14/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 09/10/2020) |
| 09/12/2020 | 420 (4 pgs) | BNC Certificate of Notice (RE: related document(s)419 Notice of Telephonic Hearing). Notice Date 09/12/2020. (Admin.) (Entered: 09/12/2020) |
| 09/28/2020 | 421 (2 pgs) | Motion to Extend Filing Deadline For 523-727 Complaint Filed by Trustee Tazewell Shepard (Morris, Kevin) (Entered: 09/28/2020) |

| | | |
|---|---|---|
| 09/29/2020 | 422 (3 pgs; 2 docs) | Order Approving Trustee's Motion to Extend Discharge Deadline (Related Doc # 421) Signed on 9/29/2020. (bng) (Entered: 09/29/2020) |
| 10/01/2020 | 423 (5 pgs) | BNC Certificate of Notice (RE: related document(s)422 Order on Motion to Extend Filing Deadline for For 523-727 Complaint). Notice Date 10/01/2020. (Admin.) (Entered: 10/02/2020) |
| 10/13/2020 | 424 (2 pgs) | Objection to (related document(s): 418 Final Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 2/1/2020 to 7/31/2020, Fee: $33482.50, Expenses: $15.00. filed by Debtor William Barrier Roberts) Filed by Trustee Tazewell Shepard (Morris, Kevin) (Entered: 10/13/2020) |
| 10/13/2020 | 425 (2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses *Recommending That Compensation be Reduced by $4,956.25* Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)418 Final Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 2/1/2020 to 7/31/2020, Fee: $33482.50, Expenses: $15.00. Filed by Attorney Stuart M Maples filed by Debtor William Barrier Roberts). (Blythe, Richard) (Entered: 10/13/2020) |
| 10/14/2020 | 426 (67 pgs) | Final Application for Compensation *and Reimbursement of Expenses* for Callahan PC, Special Counsel, Period: 11/1/2019 to 4/30/2020, Fee: $38,241.00, Expenses: $4,260.53. Filed by Special Counsel Callahan PC (Callahan, John) (Entered: 10/14/2020) |
| 10/14/2020 | 428 (2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #418; Final Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 2/1/2020 to 7/31/2020, Fee: $33,482.50, Expenses: $15.00) Hearing scheduled 10/26/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/14/2020) |
| 10/14/2020 | 429 | Hearing Scheduled (RE: related document(s)424 Objection filed by Trustee Tazewell Shepard, 425 Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses filed by Bankruptcy Administrator Richard M Blythe). Hearing scheduled 10/26/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 10/14/2020) |
| 10/14/2020 | 430 (3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s)426 Application for Compensation filed by Special Counsel Callahan PC). Hearing scheduled 11/9/2020 at 01:30 PM at 3rd Floor Courtroom (CRJ) Decatur. (scm) (Entered: 10/14/2020) |
| 10/16/2020 | 431 (5 pgs) | |

| | | |
|---|---|---|
| | | BNC Certificate of Notice (RE: related document(s)430 Notice of Telephonic Hearing). Notice Date 10/16/2020. (Admin.) (Entered: 10/17/2020) |
| 10/26/2020 | 433 (2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #418; Final Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 2/1/2020 to 7/31/2020, Fee: $33,482.50, Expenses: $15.00) Hearing scheduled 11/23/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/26/2020) |
| 10/26/2020 | 434 (2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #424; Trustee's Limited Objection to Final Fee Application) Hearing scheduled 11/23/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/26/2020) |
| 10/26/2020 | 435 (2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #425; Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses) Hearing scheduled 11/23/2020 at 10:00 AM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 10/26/2020) |
| 10/30/2020 | 436 (4 pgs) | Joint Motion to Approve Compromise under Rule 9019 Filed by Special Counsel Callahan PC, Trustee Tazewell Shepard (Morris, Kevin) (Entered: 10/30/2020) |
| 10/30/2020 | 437 (4 pgs) | Joint Motion to Approve Compromise under Rule 9019 Filed by Attorney Stuart M Maples, Trustee Tazewell Shepard (Morris, Kevin) (Entered: 10/30/2020) |
| 11/02/2020 | 438 (3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s)436 Motion to Approve Compromise under Rule 9019 filed by Trustee Tazewell Shepard, Special Counsel Callahan PC, 437 Motion to Approve Compromise under Rule 9019 filed by Trustee Tazewell Shepard, Attorney Stuart M Maples). Hearing scheduled 11/23/2020 at 10:00 AM at 3rd Floor Courtroom (CRJ) Decatur. (bng) (Entered: 11/02/2020) |
| 11/03/2020 | 439 (3 pgs) | Motion to Continue Hearing On (related documents 426 Application for Compensation) Filed by Special Counsel Callahan PC (Callahan, John) (Entered: 11/03/2020) |
| 11/04/2020 | 440 (3 pgs; 2 docs) | Order Approving Motion To Continue Hearing On (Related Doc # 439) (related documents Final Application for Compensation *and Reimbursement of Expenses* for Callahan PC, Special Counsel, Period: 11/1/2019 to 4/30/2020, Fee: $38,241.00, Expenses: $4,260.53.) Signed on 11/4/2020. Hearing to be held on 11/23/2020 at 10:00 AM 3rd Floor Courtroom (CRJ) Decatur for 426. (bng) (Entered: 11/04/2020) |
| 11/04/2020 | 441 (5 pgs) | BNC Certificate of Notice (RE: related document(s)438 Notice of Telephonic Hearing). Notice Date 11/04/2020. (Admin.) (Entered: 11/05/2020) |

| 11/06/2020 | 442<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)440 Order on Motion to Continue Hearing). Notice Date 11/06/2020. (Admin.) (Entered: 11/06/2020) |
|---|---|---|
| 11/18/2020 | 443<br>(2 pgs) | Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses Filed by Bankruptcy Administrator Richard M Blythe (RE: related document(s)426 Final Application for Compensation *and Reimbursement of Expenses* for Callahan PC, Special Counsel, Period: 11/1/2019 to 4/30/2020, Fee: $38,241.00, Expenses: $4,260.53. Filed by Special Counsel Callahan PC filed by Special Counsel Callahan PC). (Blythe, Richard) (Entered: 11/18/2020) |
| 11/23/2020 | 445<br>(2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #418; Final Application for Compensation for Stuart M Maples, Debtor's Attorney, Period: 2/1/2020 to 7/31/2020, Fee: $33,482.50, Expenses: $15.00) Hearing scheduled 12/16/2020 at 01:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/23/2020) |
| 11/23/2020 | 446<br>(2 pgs) | Courtroom Notes Continuing/Rescheduling (RE: Doc #425; Bankruptcy Administrator's Statement of Review Regarding Application for Compensation and Reimbursement of Expenses) Hearing scheduled 12/16/2020 at 01:30 PM at Decatur 3rd Floor (CRJ) Decatur. (mmb) (Entered: 11/23/2020) |
| 12/01/2020 | 447<br>(3 pgs; 2 docs) | Order Approving Application For Compensation (Related Doc#426) for Callahan PC, Special Counsel, Period: to , Fees awarded: $38241.00, Expenses awarded: $4260.53; Awarded on 12/1/2020 Signed on 12/1/2020. (bng) (Entered: 12/01/2020) |
| 12/01/2020 | 448<br>(3 pgs; 2 docs) | Order on Trustee's Limited Objection to Final Fee Application of Stuart M. Maples, Counsel for Debtor. Signed on 12/1/2020 (RE: related document(s)424 Objection filed by Trustee Tazewell Shepard). (bng) (Entered: 12/01/2020) |
| 12/01/2020 | 449<br>(3 pgs; 2 docs) | Order on Motion for Approval of Compromise and Settlement by and Between Tazewell T. Shepard, Trustee and John J. Callahan as Special Counsel for Debtor.(Related Doc # 436) Signed on 12/1/2020. (bng) (Entered: 12/01/2020) |
| 12/01/2020 | 450<br>(3 pgs; 2 docs) | Order on Motion for Approval of Compromise and Settlement By and Between Tazewell T. Shepard, Trustee and Stuart M. Maples as Counsel for Debtor (Related Doc # 437) Signed on 12/1/2020. (bng) (Entered: 12/01/2020) |
| 12/03/2020 | 451<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)449 Order on Motion to Approve Compromise under Rule 9019). Notice Date 12/03/2020. (Admin.) (Entered: 12/03/2020) |
| 12/03/2020 | 452<br>(5 pgs) | |

| | | |
|---|---|---|
| | | BNC Certificate of Notice (RE: related document(s)450 Order on Motion to Approve Compromise under Rule 9019). Notice Date 12/03/2020. (Admin.) (Entered: 12/03/2020) |
| 12/03/2020 | 453<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)447 Order on Application for Compensation filed by Special Counsel Callahan PC). Notice Date 12/03/2020. (Admin.) (Entered: 12/03/2020) |
| 12/03/2020 | 454<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)448 Order Mooting). Notice Date 12/03/2020. (Admin.) (Entered: 12/03/2020) |
| 12/22/2020 | 456<br>(2 pgs) | Motion to Extend Filing Deadline For 523-727 Complaint Filed by Trustee Tazewell Shepard (Shepard, Tazewell) (Entered: 12/22/2020) |
| 12/23/2020 | 457<br>(3 pgs; 2 docs) | Order Approving Motion to Extend Filing Deadline for For 523-727 Complaint Due March 27, 2021 (Related Doc # 456) Signed on 12/23/2020. (scm) (Entered: 12/23/2020) |
| 12/25/2020 | 458<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)457 Order on Motion to Extend Filing Deadline for For 523-727 Complaint). Notice Date 12/25/2020. (Admin.) (Entered: 12/26/2020) |
| 12/29/2020 | 459<br>(3 pgs; 2 docs) | Order Approving Application For Compensation (Related Doc#418) for Stuart M Maples, Debtor's Attorney, Period: to , Fees awarded: $28526.25, Expenses awarded: $15.00; Awarded on 12/29/2020 Signed on 12/29/2020. (bng) (Entered: 12/29/2020) |
| 12/31/2020 | 460<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)459 Order on Application for Compensation). Notice Date 12/31/2020. (Admin.) (Entered: 12/31/2020) |
| 01/06/2021 | | Adversary Case 8:19-ap-80017 Closed (scm) (Entered: 01/06/2021) |
| 01/19/2021 | 461<br>(6 pgs) | Joint Motion to Approve Compromise under Rule 9019 *By and Between Tazewell Shepard, Trustee, Bullet & Barrel, LLC, Roberts, LLC, Dr. Rhett Murray and Melanie Murray* Filed by Trustee Tazewell Shepard (Morris, Kevin) (Entered: 01/19/2021) |
| 01/20/2021 | 462<br>(3 pgs; 2 docs) | Notice of Telephonic Hearing on (RE: related document(s)461 Motion to Approve Compromise under Rule 9019 filed by Trustee Tazewell Shepard). Hearing scheduled 2/18/2021 at 10:00 AM at Huntsville Federal Building (CRJ). (bng) (Entered: 01/20/2021) |
| 01/22/2021 | 463<br>(5 pgs) | |

| | | BNC Certificate of Notice (RE: related document(s)462 Notice of Telephonic Hearing). Notice Date 01/22/2021. (Admin.) (Entered: 01/23/2021) |
|---|---|---|

# EXHIBIT D

# ALABAMA SJIS CASE DETAIL

 **alacourt.com**

**PREPARED FOR: MICKEY WRIGHT**

County: **47**      Case Number: **DR-2018-900823.00**      Court Action: **DISMISSED W/O**
Style: **SHANNAN ROBERTS V. WILLIAM B ROBERTS**

`Real Time`

## Case

### Case Information

| | | |
|---|---|---|
| County: **47-MADISON** | Case Number: **DR-2018-900823.00** | Judge: **ASA:ALISON S. AUSTIN** |
| Style: **SHANNAN ROBERTS V. WILLIAM B ROBERTS** | | |
| Filed: **10/05/2018** | Case Status: **DISPOSED** | Case Type: **CONTESTED DIVORCE** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: **D** | Court Action Desc: **DISMISSED W/O PREJUDICE/JURIS. OR PROS.** | Court Action Date: **06/30/2020** |
| Num of Trial days: **147** | Num of Liens: | Judgment For: **PLAINTIFF** |
| Dispositon Date of Appeal: | Disposition Judge: **ASA:ALISON S. AUSTIN** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **06/30/2020** | Updated By: **CAT** |

## DHR

### Department of Human Resources

| | | | |
|---|---|---|---|
| First Date: **08/26/2019** | Alimony: | Contempt: | No of Children: **0** |
| DHR Code: **X** | | UIFSA: | Referee: |
| Flag: | ADC: | DNA Test: **N** | Modification: |
| Dissolution: | Orgin of Case: **F-ORIGINAL FILING** | | Support: |
| Legal Separation: | Custody: | | Arrearage: |
| Protective Order: | Temp Restraining Order: | | Annulment: |

Garnishment:                    Income Withholding Order:                    Paternity:

## Settings

### Settings

|   | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1 | 08/26/2019 | 001 | 09:00 AM | BTRL - TRIAL - BENCH |
| 4 | 08/21/2019 | 001 | 01:30 PM | STAT - STATUS REVIEW/DKT |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - ROBERTS SHANNAN

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | **ROBERTS SHANNAN** | Type: | **I-INDIVIDUAL** |
| Index: | **WILLIAM B ROBE** | Alt Name: | | Hardship: **No** | JID: **ASA** |
| Address 1: | **4245 BALMORAL DRIVE** | | | Phone: **(256) 000-0000** | |
| Address 2: | **STE. 203** | | | | |
| City: | **HUNTSVILLE** | State: **AL** | | Zip: **35801-0000** | Country: **US** |
| SSN: | **XXX-XX-X249** | DOB: **01/08/1966** | | Sex: **F** | Race: **W** |

#### Court Action

| | | | |
|---|---|---|---|
| Court Action: | **D-DISMISSED W/O PREJUDICE/JURIS. OR PROS.** | Court Action Date: | 06/30/2020 |
| Amount of Judgement: | **$0.00** | Court Action For: **C-PLAINTIFF** | Exemptions: |
| Cost Against Party: | **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

#### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

#### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | SEX008 | | SEXTON KRISTINA JILL | KRIS@NXTSTEPFAMILYLAW.COM | (256) 534-8799 |

### Party 2 - Defendant INDIVIDUAL - ROBERTS WILLIAM B

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | **ROBERTS WILLIAM B** | Type: | **I-INDIVIDUAL** |
| Index: | **SHANNAN ROBERT** | Alt Name: | | Hardship: **No** | JID: **ASA** |
| Address 1: | **2115 BIG COVE RD** | | | Phone: **(256) 000-0000** | |
| Address 2: | ***DECEASED*** | | | | |
| City: | **HUNTSVILLE** | State: **AL** | | Zip: **35801-0000** | Country: **US** |
| SSN: | **XXX-XX-X314** | DOB: **03/18/1959** | | Sex: **M** | Race: **W** |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | **D-DISMISSED W/O PREJUDICE/JURIS. OR PROS.** | | Court Action Date: **06/30/2020** |
| Amount of Judgement: **$0.00** | | Court Action For: **C-PLAINTIFF** | Exemptions: |
| Cost Against Party: **$0.00** | | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: **10/05/2018** Issued Type: **A-PROCESS SERVER** | Reissue: | Reissue Type: |
| Return: Return Type: | Return: | Return Type: |
| Served: **10/30/2018** Service Type **V-PROCESS SERVER** | Service On: | Served By: |
| Answer: **01/03/2019** Answer Type: **D-COMPLAINT DENIED** | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MCC024 | | MCCALEB ROBERT HUTCHENS | RHM418@AOL.COM | (256) 534-3794 |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $14.96 | $0.00 | $0.00 | 0 |
| ACTIVE | N | DR00 | C001 | 000 | $279.00 | $279.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | MJDG | C001 | 000 | $50.00 | $50.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $374.00 | $388.96 | -$14.96 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2018 | CREDIT | CONV | 2019009 | 5245740 | $12.96 | C001 | 000 | | N | | | JEL |
| 10/11/2018 | RECEIPT | DR00 | 2019009 | 5245750 | $279.00 | C001 | 000 | | N | | | JEL |
| 10/11/2018 | RECEIPT | VADM | 2019009 | 5245760 | $45.00 | C001 | 000 | | N | | | JEL |
| 12/17/2018 | CREDIT | CONV | 2019055 | 5314830 | $2.00 | C001 | 000 | | N | | | ELS |
| 12/17/2018 | RECEIPT | MJDG | 2019055 | 5314840 | $50.00 | C001 | 000 | | N | | | ELS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 10/5/2018 | 4:15 PM | ECOMP | NEW DR COMPLAINT E-FILED. | SEX008 |
| 10/5/2018 | 4:17 PM | FILE | FILED THIS DATE: 10/05/2018 (AV07) | AJA |
| 10/5/2018 | 4:17 PM | EORD | E-ORDER FLAG SET TO "Y" (AV07) | AJA |
| 10/5/2018 | 4:17 PM | ASSJ | ASSIGNED TO JUDGE: ALISON S. AUSTIN (AV07) | AJA |
| 10/5/2018 | 4:17 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV07) | AJA |
| 10/5/2018 | 4:17 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV07) | AJA |
| 10/5/2018 | 4:17 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV07) | AJA |
| 10/5/2018 | 4:17 PM | ORIG | ORIGIN: INITIAL FILING (AV07) | AJA |
| 10/5/2018 | 4:17 PM | C001 | C001 PARTY ADDED: ROBERTS SHANNAN (AV02) | AJA |

| 10/5/2018 | 4:17 PM | C001 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
|---|---|---|---|---|
| 10/5/2018 | 4:17 PM | C001 | C001 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 10/5/2018 | 4:17 PM | C001 | LISTED AS ATTORNEY FOR C001: SEXTON KRISTINA JILL | AJA |
| 10/5/2018 | 4:17 PM | D001 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
| 10/5/2018 | 4:17 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE            (AV02) | AJA |
| 10/5/2018 | 4:17 PM | D001 | D001 PARTY ADDED: ROBERTS WILLIAM B            (AV02) | AJA |
| 10/5/2018 | 4:17 PM | D001 | D001 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 10/5/2018 | 4:17 PM | D001 | PROCESS SERVE ISSUED: 10/05/2018 TO D001   (AV02) | AJA |
| 10/8/2018 | 4:21 PM | SCAN | CASE SCANNED STATUS SET TO: Y            (AV07) | DEL |
| 10/23/2018 | 2:48 PM | EVNT | SERVICE/ANSWER?            (AV25) | KAM |
| 10/23/2018 | 2:48 PM | EVDT | ABOVE EVENT SCHEDULED FOR: 12/05/2018            (AV25) | KAM |
| 10/31/2018 | 2:12 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | SEX008 |
| 10/31/2018 | 2:16 PM | D001 | SERVICE OF PROCESS SERVE ON 10/30/2018 FOR D001 | CAT |
| 12/14/2018 | 12:04 PM | EMOT | C001-DEFAULT JUDGMENT FILED. | SEX008 |
| 12/14/2018 | 4:23 PM | D001 | APPLICATION FOR DEFAULT ON 12/14/2018 FOR D001 | CHR |
| 12/14/2018 | 4:28 PM | EMOT | C001-DEFAULT JUDGMENT ($50.00) /DOCKETED | CHR |
| 12/14/2018 | 4:50 PM | ESCAN | SCAN - FILED 12/14/2018 - DEFAULT JUDGMENT | GIT |
| 12/17/2018 | 10:31 AM | EMOT | C001-OTHER - REQUEST FOR COMMISSIONER AND AFFIDAVIT IN SUPPORT OF DEFAULT FILED. | SEX008 |
| 12/17/2018 | 10:41 AM | EMOT | C001-OTHER /DOCKETED | CJT |
| 12/17/2018 | 12:42 PM | JEORDE | ORDER GENERATED FOR DEFAULT JUDGMENT ($50.00) - RENDERED & ENTERED: 12/17/2018 12:42:11 PM - ORDER | J |
| 12/17/2018 | 12:42 PM | JEMOT | C001-OTHER /NO ACTION | J |
| 12/17/2018 | 1:29 PM | TEXT | EORDER--30 DAYS TO PRESENT DEFAULT TESTIMONY | CAT |
| 12/27/2018 | 2:33 PM | EMOT | C001-OTHER - MOTION FOR STATUS CONFERENCE FILED. | SEX008 |
| 12/27/2018 | 3:44 PM | EMOT | C001-OTHER /DOCKETED | CHR |
| 1/2/2019 | 11:50 AM | EANSW | D001 - SUGGESTION OF BANK E-FILED. | MAP004 |
| 1/2/2019 | 11:54 AM | D001 | LISTED AS ATTORNEY FOR D001: MAPLES STUART MICHAE | AJA |
| 1/2/2019 | 11:54 AM | D001 | ANSWER OF SUGG BANKRUPT ON 01/02/2019 FOR D001 | AJA |
| 1/3/2019 | 2:44 PM | ENOTA | NOTICE OF APPEARANCE E-FILED | HOW022 |
| 1/3/2019 | 2:44 PM | D001 | LISTED AS ATTORNEY FOR D001: HOWIE STEVEN MITCHEL | AJA |
| 1/3/2019 | 2:45 PM | EANSW | D001 - COMPLAINT DENIED E-FILED. | HOW022 |
| 1/3/2019 | 2:47 PM | D001 | ANSWER OF COMP DENIED ON 01/03/2019 FOR D001(AV02) | AJA |
| 1/7/2019 | 1:05 PM | JEORDE | ORDER GENERATED FOR OTHER - MOTION FOR STATUS CONFERENCE - RENDERED & ENTERED: 1/7/2019 1:05:41 PM - ORDER | J |
| 1/7/2019 | 1:31 PM | TEXT | EORDER--MOTION FOR STATUS CONFERNECE IS MOOT | CAT |
| 2/25/2019 | 5:18 PM | EMISC | CASE STATUS REPORT E-FILED | SEX008 |
| 2/25/2019 | 5:22 PM | EMOT | C001-OTHER - MOTION TO PROPOUND MORE THAN 40 INTERROGATORIES FILED. | SEX008 |
| 2/26/2019 | 8:00 AM | EMOT | C001-OTHER /DOCKETED | CJT |
| 2/26/2019 | 10:03 AM | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO PROPOUND MORE THAN 40 INTERROGATORIES - RENDERED & ENTERED: 2/26/2019 10:03:18 AM - ORDER | J |
| 2/26/2019 | 10:09 AM | TEXT | EORDER--MOTION FOR 40+ INTERROG GRANTED | CAT |
| 2/26/2019 | 4:40 PM | EDISC | NOTICE OF DISCOVERY E-FILED. | SEX008 |
| 2/28/2019 | 9:17 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/28/2019 9:17:27 AM | |
| 2/28/2019 | 9:17 AM | DAT1 | SET FOR: TRIAL - BENCH ON 08/26/2019 AT 0900A | KAM |
| 2/28/2019 | 9:17 AM | DAT4 | SET FOR: STATUS REVIEW/DKT ON 08/21/2019 AT 0130P | KAM |
| 2/28/2019 | 9:25 AM | TEXT | EORDER---PRETRIAL 8/21/19 130PM TRIAL 8/26/19 900A | CHW |
| 3/26/2019 | 3:06 PM | EMOT | D001-WITHDRAW FILED. | HOW022 |
| 3/26/2019 | 3:54 PM | EMOT | D001-WITHDRAW /DOCKETED | CJT |
| 3/26/2019 | 3:58 PM | JEORDE | ORDER GENERATED FOR WITHDRAW - RENDERED & ENTERED: 3/26/2019 3:58:35 PM - ORDER | J |
| 5/14/2019 | 5:00 PM | EMOT | C001-OTHER - NOTICE OF SETTLEMENT AGREEMENT PENDING BANKRUPTCY COURT APPROVAL FILED. | SEX008 |
| 5/15/2019 | 8:00 AM | EMOT | C001-OTHER /DOCKETED | CJT |
| 5/15/2019 | 10:33 AM | JEMOT | C001-OTHER /NO ACTION | J |
| 6/11/2019 | 3:39 PM | DOCK | NOTICE SENT: 06/11/2019 ROBERTS SHANNAN | KAM |
| 6/11/2019 | 3:39 PM | DOCK | NOTICE SENT: 06/11/2019 SEXTON KRISTINA JILL | KAM |

| 6/11/2019 | 3:39 PM | DOCK | NOTICE SENT: 06/11/2019 MAPLES STUART MICHAEL | KAM |
|---|---|---|---|---|
| 6/19/2019 | 9:15 AM | EMOT | D001-WITHDRAW FILED. | MAP004 |
| 6/19/2019 | 9:32 AM | EMOT | D001-WITHDRAW /DOCKETED | KIH |
| 6/19/2019 | 9:55 AM | JEORDE | ORDER GENERATED FOR WITHDRAW - RENDERED & ENTERED: 6/19/2019 9:55:18 AM - ORDER | |
| 6/19/2019 | 10:33 AM | TEXT | EFILED ORDER-MOTION TO WITHDRAW GRANTED. | KIH |
| 6/19/2019 | 10:33 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | KIH |
| 8/21/2019 | 11:49 AM | EMOT | C001-OTHER - NOTICE OF AMENDED SETTLEMENT AGREEMENT PENDING BANKRUPTCY COURT APPROVAL FILED. | SEX008 |
| 8/21/2019 | 11:52 AM | EMOT | C001-OTHER /DOCKETED | CJT |
| 8/21/2019 | 2:29 PM | JEMOT | C001-OTHER /NO ACTION | J |
| 2/6/2020 | 11:24 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/6/2020 11:24:35 AM | J |
| 2/6/2020 | 11:29 AM | TEXT | EORDER--RE CASE STATUS | CAT |
| 2/17/2020 | 8:28 AM | EMISC | CASE STATUS REPORT E-FILED | SEX008 |
| 6/22/2020 | 11:21 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 6/22/2020 11:21:51 AM | J |
| 6/22/2020 | 11:42 AM | TEXT | EORDER--CASE STATUS REPORT DUE | CAT |
| 6/30/2020 | 9:46 AM | D001 | LISTED AS ATTORNEY FOR D001: MCCALEB ROBERT HUTCH | AJA |
| 6/30/2020 | 9:47 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | MCC024 |
| 6/30/2020 | 9:48 AM | EMOT | D001-OTHER - SUGGESTION OF DEATH FILED. | MCC024 |
| 6/30/2020 | 10:01 AM | EMOT | D001-OTHER /DOCKETED | CJT |
| 6/30/2020 | 10:21 AM | JEORDE | ORDER GENERATED FOR OTHER - SUGGESTION OF DEATH - RENDERED & ENTERED: 6/30/2020 10:21:27 AM - ORDER | J |
| 6/30/2020 | 10:42 AM | CACJ | COURT ACTION JUDGE: ALISON S. AUSTIN          (AV07) | CAT |
| 6/30/2020 | 10:42 AM | DISP | DISPOSED ON: 06/30/2020 BY (DISM W/O PREJ)  (AV07) | CAT |
| 6/30/2020 | 10:42 AM | PDIS | C001 DISPOSED BY (DISM W/O PREJ)  ON 06/30/2020 | CAT |
| 6/30/2020 | 10:42 AM | PDIS | D001 DISPOSED BY (DISM W/O PREJ)  ON 06/30/2020 | CAT |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 10/5/2018 4:17:01 PM | 1 | COMPLAINT | | 4 |
| 10/5/2018 4:17:01 PM | 3 | SUPPORTING DOCUMENT | SPLO | 9 |
| 10/5/2018 4:19:18 PM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 10/31/2018 2:14:02 PM | 6 | RETURN ON SERVICE - SERVED | Return on Service - Served 10/30/2018 | 1 |
| 10/31/2018 2:14:05 PM | 7 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 12/14/2018 12:04:27 PM | 8 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 12/14/2018 12:04:27 PM | 9 | MOTION | Application for Default Judgement | 1 |
| 12/14/2018 12:04:32 PM | 10 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 12/14/2018 4:50:18 PM | 11 | DEFAULT JUDGMENT | COMMISSIONER FORM | 2 |
| 12/17/2018 10:31:49 AM | 12 | MOTION_COVER_SHEET | Motion Cover Sheet | 2 |
| 12/17/2018 10:31:50 AM | 13 | MOTION | Request for Commissioner and Affidavit in Support of Default | 5 |
| 12/17/2018 10:31:57 AM | 14 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 12/17/2018 12:42:24 PM | 16 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 12/17/2018 12:42:19 PM | 15 | ORDER | MOTION OTHER - Default Judgment ($50.00) | 1 |
| 12/27/2018 2:33:22 PM | 17 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 12/27/2018 2:33:22 PM | 18 | MOTION | Motion for Status Conference | 2 |
| 12/27/2018 2:43:32 PM | 19 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 1/2/2019 11:50:45 AM | 20 | ANSWER | Suggestion of Bankruptcy | 1 |
| 1/2/2019 11:51:01 AM | 21 | ANSWER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/3/2019 2:45:03 PM | 22 | NOTICE OF APPEARANCE | Notice of Appearance | 1 |
| 1/3/2019 2:45:09 PM | 23 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/3/2019 2:46:12 PM | 24 | ANSWER | Answer | 1 |
| 1/3/2019 2:46:18 PM | 25 | ANSWER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/7/2019 1:05:57 PM | 27 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 1/7/2019 1:05:52 PM | 26 | ORDER | MOTION MOOT - Other | 1 |
| 2/25/2019 5:17:52 PM | 28 | CASE STATUS REPORT | Bankruptcy Notice of Relief from Stay | 1 |

| | | | | |
|---|---|---|---|---|
| 2/25/2019 5:17:53 PM | 29 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/25/2019 5:21:59 PM | 30 | MOTION_COVER_SHEET | Motion Cover Sheet | 2 |
| 2/25/2019 5:21:59 PM | 31 | MOTION | Motion to Propound | 2 |
| 2/25/2019 5:21:59 PM | 32 | EXHIBIT | Exhibit "A" | 7 |
| 2/25/2019 5:22:04 PM | 33 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/26/2019 10:02:40 AM | 35 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/26/2019 10:02:39 AM | 34 | ORDER | MOTION GRANTED - Other | 1 |
| 2/26/2019 4:40:08 PM | 36 | NOTICE OF DISCOVERY | Rule 5d Plaintiff's Discovery Requests | 1 |
| 2/26/2019 4:40:08 PM | 37 | SUPPORTING DOCUMENT | Interrogatories | 7 |
| 2/26/2019 4:40:08 PM | 38 | SUPPORTING DOCUMENT | Request for Production | 8 |
| 2/26/2019 4:40:11 PM | 39 | DISCOVERY - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/28/2019 9:16:46 AM | 41 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 2/28/2019 9:16:45 AM | 40 | ORDER | E-FILE ORDER | 1 |
| 3/26/2019 3:07:16 PM | 42 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 3/26/2019 3:07:16 PM | 43 | MOTION | Notice to Withdraw | 2 |
| 3/26/2019 3:07:16 PM | 44 | PROPOSED ORDER | Order | 1 |
| 3/26/2019 3:07:20 PM | 45 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 3/26/2019 3:58:52 PM | 47 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 3/26/2019 3:58:47 PM | 46 | Order | Order | 1 |
| 5/14/2019 5:01:52 PM | 48 | MOTION_COVER_SHEET | Motion Cover Sheet | 2 |
| 5/14/2019 5:01:52 PM | 49 | MOTION | Notice of Settlement Agreement Pending Bankruptcy Approval | 2 |
| 5/14/2019 5:01:52 PM | 50 | EXHIBIT | Exhibit "A" and "B" | 9 |
| 5/14/2019 5:01:55 PM | 51 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/19/2019 9:15:32 AM | 52 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 6/19/2019 9:15:32 AM | 53 | MOTION | Motion to Withdraw as Counsel of Record | 2 |
| 6/19/2019 9:15:37 AM | 54 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/19/2019 9:55:40 AM | 55 | ORDER | MOTION GRANTED - Withdraw | 1 |
| 6/19/2019 9:55:44 AM | 56 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 8/21/2019 11:49:31 AM | 57 | MOTION_COVER_SHEET | Motion Cover Sheet | 2 |
| 8/21/2019 11:49:32 AM | 58 | MOTION | Notice of Amended Settlement Agreement Pending Bankruptcy Court Approval | 2 |
| 8/21/2019 11:49:32 AM | 59 | EXHIBIT | Exhibit "A" | 8 |
| 8/21/2019 11:49:38 AM | 60 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 2/6/2020 11:24:31 AM | 61 | ORDER | E-FILE ORDER | 1 |
| 2/6/2020 11:25:09 AM | 62 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 2/17/2020 8:28:34 AM | 63 | CASE STATUS REPORT | Notice of Status | 2 |
| 2/17/2020 8:28:36 AM | 64 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/22/2020 11:21:37 AM | 66 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/22/2020 11:21:31 AM | 65 | ORDER | E-FILE ORDER | 1 |
| 6/30/2020 9:47:39 AM | 67 | NOTICE OF APPEARANCE | Appearance | 1 |
| 6/30/2020 9:47:41 AM | 68 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 6/30/2020 9:48:41 AM | 69 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 6/30/2020 9:48:41 AM | 70 | MOTION | Suggestion of Death | 1 |
| 6/30/2020 9:48:47 AM | 71 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/30/2020 10:21:12 AM | 73 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/30/2020 10:21:08 AM | 72 | ORDER | MOTION OTHER - Other | 1 |

 *END OF THE REPORT*

# EXHIBIT E

ELECTRONICALLY FILED
6/30/2020 9:48 AM
47-DR-2018-900823.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| SHANNAN ROBERTS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | )   CASE NO: DR18-900823 |
| | ) |
| WILLIAM B. ROBERTS, | ) |
| | ) |
| DEFENDANT. | ) |

### SUGGESTION OF DEATH

Comes now **ROBERT H. MCCALEB**, and the Attorney for the Estate of **WILLIAM B. ROBERTS,** Deceased, and informs the Court that **WILLIAM B. ROBERTS** passed away on June 6, 2020.

*/s/ Robert H. McCaleb*
**ROBERT H. MCCALEB**
100 Jefferson Street South
Suite 100-A
Huntsville, Alabama 35801
(256) 534-3794

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon **Hon. Kristina Sexton**, Attorney for Plaintiff, via AlaFile, on this the 30th day of June 2020.

*/s/ Robert H. McCaleb*
**ROBERT H. MCCALEB**

# EXHIBIT F

ELECTRONICALLY FILED
6/30/2020 10:21 AM
47-DR-2018-900823.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| ROBERTS SHANNAN,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.:   DR-2018-900823.00 |
| ROBERTS WILLIAM B,<br>Defendant. | )<br>)<br>)<br>) |

## ORDER

SUGGESTION OF DEATH filed by ROBERTS WILLIAM B is hereby OTHER.
This cause is dismissed without prejudice as the Complaint for Divorce is Moot.  Costs taxed as paid.

**DONE this 30th day of June, 2020.**

/s/ **ALISON S. AUSTIN**
**CIRCUIT JUDGE**