# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **NEW YORK LIFE INSURANCE COMPANY,** ) ) ) ) **Plaintiff,** ) ) v. ) ) **SHANNAN ROBERTS, PATRICIA ROBERTS, and LEE ANN ROBERTS,** ) ) ) ) ) **Defendants.** ) | **Case No.: 5:20-CV-01299-LCB** |

## MOTION TO CONTINUE

COMES NOW Plaintiff New York Life Insurance Company (the "Company") and moves this Honorable Court for a continuance of the Motion Hearing presently scheduled for August 31, 2021. As grounds for this motion, Plaintiff states as follows:

1. On August 24, 2021, a text order (Doc. 39) was issued setting all pending motions for a Motion Hearing on August 31, 2021, in the Federal Courthouse in Huntsville, Alabama.

2. Plaintiff's counsel will be out of the state from August 29, 2021 to September 6, 2021 and will have limited access to electronic communication.

3. Plaintiff's counsel has conferred with counsel for all parties, and the parties do not object to the Company's request for a continuance.

4. The continuance requested herein will not prejudice the parties to this action or unduly delay the progress of this action.

WHEREFORE, premises considered, the Company requests the Court grant a continuance of the Motion Hearing to the next available date on the Court's docket.

Respectfully submitted this 26th day of August 2021.

                    */s/ Felicia A. Long*
                    Felicia A. Long (ASB-5532-F61L)
                    Counsel for New York Life
                    Insurance Company

**OF COUNSEL:**
**Hill, Hill, Carter, Franco, Cole & Black, P.C.**
Post Office Box 116
Montgomery, Alabama 36101-0116
TEL: (334) 834-7600
FAX: (334) 386-4394

## **CERTIFICATE OF SERVICE**

I hereby certify on this 26th day of August 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via electronic mail:

R. David McDowell, Esq.
401 Holmes Ave., NE Suite D
Huntsville, Alabama 35801
*Counsel for Patricia Roberts & Lee Ann Roberts*

Will League, Esq.
W. Heath Brooks, Esq.
Siniard, Timberlake & League, P.C.
P.O. Box 2767
Huntsville, Alabama 35804
*Counsel for Shannan Roberts*

Mickey B. Wright, Esq.
Lloyd, Gray, Whitehead, & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
*Counsel for Counter-Defendants William A. Bee*
*and Bee Insured Benefits Group, L.L.C.*

                                                  */s/ Felicia A. Long*
                                                  Of Counsel